| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cooperative Optical Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**38-2368142** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2424 East Eight Mile Road**<br>**Detroit, MI**<br>ZIP Code **48234** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)  (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
■ A plan is being filed with this petition.
■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  *** Mark H. Shapiro, Esq. P43134 ***

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cooperative Optical Services, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Cooperative Optical Services, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Mark H. Shapiro, Esq.** _____
Signature of Attorney for Debtor(s)

**Mark H. Shapiro, Esq. P43134**
Printed Name of Attorney for Debtor(s)

**Steinberg Shapiro & Clark**
Firm Name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**

_____
Address

**Email: shapiro@steinbergshapiro.com**
**248-352-4700  Fax: 248-352-4488**
Telephone Number

**August 13, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Benjamin L. Edwards, Jr.** _____
Signature of Authorized Individual

**Benjamin L. Edwards, Jr.**
Printed Name of Authorized Individual

**President & CEO**
Title of Authorized Individual

**August 13, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Cooperative Optical Services, Inc.**_____,   Case No. _____

                                         Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 425,000.00 | | |
| B - Personal Property | Yes | 4 | 419,296.45 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 434,218.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 11 | | 162,678.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 1,112,140.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 844,296.45 | | |
| Total Liabilities | | | | 1,709,036.76 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Cooperative Optical Services, Inc.**

                             Debtor

Case No. _____

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Cooperative Optical Services, Inc.**                 ,       Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial real property located at 1740 N. Telegraph Road in Dearborn, MI 48128 (2012 SEV $234,150)** | **Fee simple** | - | **250,000.00** | **324,855.59** |
| **Commercial real property located at 18193 E. Eight Mile Road in Eastpointe, MI 48021 (2012 SEV $122,560)** | **Fee simple** | - | **175,000.00** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **425,000.00** | (Total of this page) |
| Total > | **425,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.**                                        ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash maintained at retail operations and office** | - | 2,535.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Checking account ending in 6904** | - | 41,717.18 |
| | | **Fifth Third Scholarship Checking account ending in 8430** | - | 0.00 |
| | | **Fifth Third Checking account ending in 8422** | - | 0.00 |
| | | **Fifth Third Checking account (Payroll Manual) ending in 8406** | - | 75.00 |
| | | **Fifth Third Checking account ending in 8414** | - | 216.92 |
| | | **Fifth Third Checking account ending in 8463** | - | 0.00 |
| | | **Fifth Third Checking account (Deposit credit cards) ending in 8455** | - | 8,230.27 |
| | | **Fifth Third Checking account (NVA Claims Am Axle) ending in 8471** | - | 0.00 |
| | | **Fifth Third Checking account (Payroll Business Ckng) ending in 8489** | - | 0.00 |
| | | **Fifth Third Checking account (Business Rel Savings) ending in 8620** | - | 150,837.51 |
| | | **Fifth Third Checking account (Flex Spending) ending in 8497** | - | 35.00 |
| | | **Fifth Third Checking account (Medical Claims) ending in 8505** | - | 0.00 |
| | | **Fifth Third Checking account ending in 8521** | - | 0.00 |
| | | **Fifth Third Checking account ending in 8448** | - | 0.00 |

Sub-Total >          203,646.88
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**        ,     Case No. _____

                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Fifth Third Checking account ending in 8513** | - | 0.00 |
| | | **Bank of America checking account** | - | 4,228.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposits with: a. Auburn Crossing Associates ($1,812.00); b. Trizec New Center Development ($2,382.00); c. Belmont/Mapleview ($11,400); d. Stuart Frankel ($3,833.00); d. RGPLP ($1,994)** | - | 21,421.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Employee profit sharing program (not owned by Debtor and actually a liability of Debtor)** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock investment in National Cooperative Bank. Shares are worthless and have no value.** | - | 0.00 |

Sub-Total >     25,649.57
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**
_____ ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable owed to Debtor (amount has been adjusted to account for uncollectible aging amounts).** | - | **89,600.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Claims against Compulink for defective software and hardware purchased for point of sale system** | - | **Unknown** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2011 tax return is presently under extension, however Debtor does not expect to receive a refund when return is filed.** | - | **0.00** |
| | | **Proceeds of Purchase Agreement and Reinsurance Agreement with Davis Vision, Inc. and HM Life Insurance Company. Amount is listed as unknown because proceeds are subject to setoff and payments are contingent.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >    **89,600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**          ,    Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture, fixtures and equipment** | - | **50,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory of eyeglass frames, lenses, cases** | - | **50,400.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **100,400.00** |
| (Total of this page) | |
| Total > | **419,296.45** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**               ,       Case No. _____

                                       **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | **Purchase Money Security** | | | | | |
| **Creditor #: 1** **AEL Financial, LLC** **600 N. Buffalo Grove Road** **Buffalo Grove, IL 60089** | - | | | | **Software and server purchased as part of point of sale system** | X | X | X | | |
| | | | | | Value $       **2,000.00** | | | | 1.00 | 0.00 |
| Account No. | | | | | **3/23/11** | | | | | |
| **Creditor #: 2** **Fifth Third Bank** **1000 Town Center** **Southfield, MI 48075** | - | | | | **Purchase Money Security** **Commercial real property located at 1740 N. Telegraph Road in Dearborn, MI 48128 (2012 SEV $234,150)** | | | | | |
| | | | | | Value $    **250,000.00** | | | | 324,855.59 | 74,855.59 |
| Account No. | | | | | **First Mortgage** | | | | | |
| **Creditor #: 3** **Fifth Third Bank** **1000 Town Center** **Southfield, MI 48075** | - | | | | **Commercial real property located at 18193 E. Eight Mile Road in Eastpointe, MI 48021 (2012 SEV $122,560)** | | | | | |
| | | | | | Value $    **175,000.00** | | | | Unknown | Unknown |
| Account No. | | | | | **Possessory lien** | | | | | |
| **Creditor #: 4** **Fifth Third Bank** **1000 Town Center** **Southfield, MI 48075** | - | | | | **Restricted (escrow) accounts maintained at Fifth Third Bank** | | | | | |
| | | | | | Value $    **150,599.89** | | | | 109,361.66 | 0.00 |
| **_4_** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 434,218.25 | 74,855.59 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No.<br><br>Creditor #: 5<br>Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075 | - | | **Non-Purchase Money Security**<br><br>**Accounts receivable owed to Debtor (amount has been adjusted to account for uncollectible aging amounts).** | | | | | |
| | | | Value $          **89,600.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>Creditor #: 6<br>Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075 | - | | **Fifth Third Checking account ending in 6904** | | | | | |
| | | | Value $          **41,717.18** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>Creditor #: 7<br>Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075 | - | | **Fifth Third Scholarship Checking account ending in 8430** | | | | | |
| | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>Creditor #: 8<br>Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075 | - | | **Fifth Third Checking account ending in 8422** | | | | | |
| | | | Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>Creditor #: 9<br>Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075 | - | | **Fifth Third Checking account (Payroll Manual) ending in 8406** | | | | | |
| | | | Value $          **75.00** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**                   ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 10**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | | - | **Fifth Third Checking account ending in 8414**<br><br>Value $     **216.92** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Creditor #: 11**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | | - | **Fifth Third Checking account ending in 8463**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Creditor #: 12**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | | - | **Fifth Third Checking account (Deposit credit cards) ending in 8455**<br><br>Value $     **8,230.27** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Creditor #: 13**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | | - | **Fifth Third Checking account (NVA Claims Am Axle) ending in 8471**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Creditor #: 14**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | | - | **Fifth Third Checking account (Payroll Business Ckng) ending in 8489**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal     **0.00**     **0.00**<br>(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**             ,     Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 15**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account (Business Rel Savings) ending in 8620**<br><br>Value $     **150,837.51** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Creditor #: 16**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account (Flex Spending) ending in 8497**<br><br>Value $     **35.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Creditor #: 17**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account (Medical Claims) ending in 8505**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Creditor #: 18**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account ending in 8521**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Creditor #: 19**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account ending in 8448**<br><br>Value $     **0.00** | | | | **Unknown** | **Unknown** |

Sheet  **3**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)       **0.00**       **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**           ,     Case No.                

                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 20**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Fifth Third Checking account ending in 8513**<br><br>Value $       **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Creditor #: 21**<br>**Fifth Third Bank**<br>**1000 Town Center**<br>**Southfield, MI 48075** | - | | **Furniture, fixtures and equipment**<br><br>Value $    **50,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

Sheet  **4**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **434,218.25** | **74,855.59** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

12-58623-mbm    Doc 1    Filed 08/13/12    Entered 08/13/12 12:15:57

In re  **Cooperative Optical Services, Inc.** _____ ,   Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Creditor #: 1<br>Anderson, Anderson<br>878 Hampton Rd.<br>Grosse Pte. Woods, MI 48236 | - | | | | | | | | Unknown |
| | | | | | | | 541.60 | | Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 2<br>Bahorski, Laura<br>13428 Yvonne Dr.<br>Warren, MI 48088 | - | | | | | | | | Unknown |
| | | | | | | | 2,000.00 | | Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 3<br>Barnes, John<br>22720 Tulane<br>Farmington Hills, MI 48336 | - | | | | | | | | Unknown |
| | | | | | | | 715.20 | | Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 4<br>Bonrostro, Manuel<br>2668 Rainbow<br>Troy, MI 48083 | - | | | | | | | | Unknown |
| | | | | | | | 6,824.39 | | Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 5<br>Bounds, Nataki<br>19505 Ilene<br>Detroit, MI 48221 | - | | | | | | | | Unknown |
| | | | | | | | 3,705.19 | | Unknown |

Sheet __1__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 13,786.38 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.** _____ ,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Creditor #: 6 Brady, James 437 Essex Clawson, MI 48017 | - | | | | | | | Unknown |
| | | | | | | | 6,083.28 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 7 Brooks, Naimah 29251 Point O Woods Apartment 207 Southfield, MI 48034 | - | | | | | | | Unknown |
| | | | | | | | 321.81 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 8 Clark, Nioka 10275 Balfour Detroit, MI 48224 | - | | | | | | | Unknown |
| | | | | | | | 9,405.84 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 9 Drennan, Steve 30140 Morlock St. Livonia, MI 48152 | - | | | | | | | Unknown |
| | | | | | | | 2,200.00 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 10 Driscoll, Jaimin 18023 Ash Eastpointe, MI 48021 | - | | | | | | | Unknown |
| | | | | | | | 642.52 | Unknown |

Sheet **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 18,653.45 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**      ,     Case No. _____

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Creditor #: 11**<br>**Edwards, Benjamin**<br>**30725 Woodgate Dr.**<br>**Southfield, MI 48076** | - | | | | | | | **Unknown** |
| | | | | | | | **1,642.00** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 12**<br>**Gillian, Grace**<br>**4830 Van Dyke**<br>**Detroit, MI 48214** | - | | | | | | | **Unknown** |
| | | | | | | | **3,219.58** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 13**<br>**Hanna Fay**<br>**3326 S. Annabelle**<br>**Detroit, MI 48217** | - | | | | | | | **Unknown** |
| | | | | | | | **6,302.32** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 14**<br>**Hatter, Angela**<br>**593 Raskob**<br>**Pontiac, MI 48340** | - | | | | | | | **Unknown** |
| | | | | | | | **4,049.51** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 15**<br>**Hawk, Mervin**<br>**23172 Gladhill Lane**<br>**St. Clair Shores, MI 48080** | - | | | | | | | **Unknown** |
| | | | | | | | **1,685.62** | **Unknown** |

Sheet __3__ of __10__ continuation sheets attached to        Subtotal     **0.00**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     **16,899.03**     **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                   Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**           ,      Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 16**<br>**Hickling, Victoria**<br>**15593 Joan**<br>**Southgate, MI 48195** | | - | | | | | | **Unknown** |
| | | | | | | | **15.67** | **Unknown** |
| Account No.<br>**Creditor #: 17**<br>**Holliday, Judith**<br>**42433 Clinton Pl.**<br>**Clinton Twp., MI 48038** | | - | | | | | | **Unknown** |
| | | | | | | | **4,456.32** | **Unknown** |
| Account No.<br>**Creditor #: 18**<br>**Hooper, Courtney**<br>**20210 Pinehurst**<br>**Detroit, MI 48221** | | - | | | | | | **Unknown** |
| | | | | | | | **3,944.33** | **Unknown** |
| Account No.<br>**Creditor #: 19**<br>**Hoover, Deborah**<br>**5928 Robindale**<br>**Dearborn Hts., MI 48127** | | - | | | | | | **Unknown** |
| | | | | | | | **8,095.71** | **Unknown** |
| Account No.<br>**Creditor #: 20**<br>**Horne-Nixon, Carolyn**<br>**23420 Wildwood**<br>**Oak Park, MI 48237** | | - | | | | | | **Unknown** |
| | | | | | | | **565.09** | **Unknown** |

Sheet __4__ of __10__ continuation sheets attached to          Subtotal        | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     **17,077.12** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Creditor #: 21 Hutchinson, Kimberly 53067 Pine creek Dr. Chesterfield, MI 48047 | - | | | | | | 7,016.97 | Unknown Unknown |
| Account No. | | | | | | | | |
| Creditor #: 22 James, Valerie 22001 Sussex Oak Park, MI 48237 | - | | | | | | 1,057.20 | Unknown Unknown |
| Account No. | | | | | | | | |
| Creditor #: 23 Jones, Christell 453 Bartlett Pontiac, MI 48341 | - | | | | | | 765.60 | Unknown Unknown |
| Account No. | | | | | | | | |
| Creditor #: 24 Jordan, Tracie 305 Fisher Pontiac, MI 48341 | - | | | | | | 7,997.05 | Unknown Unknown |
| Account No. | | | | | | | | |
| Creditor #: 25 King, Candace 30804 Tamarack Dr. Apartment 36102 Wixom, MI 48393 | - | | | | | | 265.88 | Unknown Unknown |

Sheet __5__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 17,102.70 | 0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Creditor #: 26**<br>**King, Ethelle**<br>**17387 Gateway Circle**<br>**Southfield, MI 48075** | - | | | | | | **855.20** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Creditor #: 27**<br>**LaBuda-Babiasz, Paula**<br>**2405 Casmere**<br>**Hamtramck, MI 48212** | - | | | | | | **9,435.86** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Creditor #: 28**<br>**Madej, Denise**<br>**2959 Syckelmoore**<br>**Trenton, MI 48183** | - | | | | | | **671.20** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Creditor #: 29**<br>**McGee, Barbara**<br>**18461 Ferguson**<br>**Detroit, MI 48235** | - | | | | | | **569.20** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Creditor #: 30**<br>**Mcghee, Juanita**<br>**3167 S. Waring**<br>**Detroit, MI 48217** | - | | | | | | **546.80** | **Unknown**<br><br>**Unknown** |

Sheet __6__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | **0.00**
(Total of this page) | **12,078.26** | **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**          ,      Case No. _____

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Creditor #: 31<br>Nesbit, Eleanor<br>34127 Garfield Cir.<br>Fraser, MI 48026 | - | | | | | | | Unknown |
| | | | | | | | 9,929.66 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 32<br>Page, Joan<br>6423 Grandmont<br>Detroit, MI 48228 | - | | | | | | | Unknown |
| | | | | | | | 4,085.96 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 33<br>Phillips, Donna<br>42714 Castle Dr.<br>Canton, MI 48188 | - | | | | | | | Unknown |
| | | | | | | | 9,125.10 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 34<br>Pollock, Kenneth<br>21393 Parkside<br>Ferndale, MI 48220 | - | | | | | | | Unknown |
| | | | | | | | 3,151.96 | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 35<br>Robbins, Theresa<br>22482 Monteray<br>Woodhaven, MI 48183 | - | | | | | | | Unknown |
| | | | | | | | 6,299.47 | Unknown |

Sheet __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      **0.00**
(Total of this page)    **32,592.15**    **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re __Cooperative Optical Services, Inc.__ , Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Creditor #: 36 Rogers, Katherine 3353 Clements Detroit, MI 48238 | - | | | | | | 8,570.99 | | Unknown / Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 37 Smalley, Karl 5232 Curtis Dearborn, MI 48126 | - | | | | | | 4,025.00 | | Unknown / Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 38 Smith, Annette 19781 Devonshire Ln Macomb, MI 48044 | - | | | | | | 7,141.83 | | Unknown / Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 39 Sobel, Robert 24510 Radclift Oak Park, MI 48237 | - | | | | | | 1,640.74 | | Unknown / Unknown |
| Account No. | | | | | | | | | |
| Creditor #: 40 Subastian, Carl 20618 Indiana Trenton, MI 48183 | - | | | | | | 950.40 | | Unknown / Unknown |

Sheet __8__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00 / 22,328.96    0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**              ,      Case No. _____

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Creditor #: 41**<br>**Tanghe, Charles**<br>**22205 Gordon**<br>**St. Clair Shores, MI 48081** | - | | | | | | | **Unknown** |
| | | | | | | | **844.80** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 42**<br>**Tatge, Linda**<br>**46050 Sugarbush**<br>**Chesterfield, MI 48047** | - | | | | | | | **Unknown** |
| | | | | | | | **12.70** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 43**<br>**Watkins, Pamela**<br>**20195 Pinehurst**<br>**Detroit, MI 48221** | - | | | | | | | **Unknown** |
| | | | | | | | **5,097.60** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 44**<br>**Weyer, Sandra**<br>**50053 Westcliffe Ct.**<br>**#204**<br>**Shelby Twp., MI 48315** | - | | | | | | | **Unknown** |
| | | | | | | | **657.62** | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 45**<br>**Williams, Laquda**<br>**14993 Archdale**<br>**Detroit, MI 48227** | - | | | | | | | **Unknown** |
| | | | | | | | **3,911.70** | **Unknown** |

Sheet  **9**  of **10**  continuation sheets attached to         Subtotal        | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **10,524.42** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.** ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Creditor #: 46** **Winiarski, Thaddeus** **1088 Bloomview Circle** **Rochester, MI 48307** | - | | | | | | | **Unknown** |
| | | | | | | | 1,635.60 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 1,635.60 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 162,678.07 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**
_____,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.: 1 <br><br> **Creditor #: 1** <br> **ADP SCREENING & SELECTION SERVICES** <br> **36307 TREASURY CENTER** <br> **CHICAGO, IL 60694-6300** | - | | | | **Trade Payable** | | | | **64.60** |
| Account No.: 2 <br><br> **Creditor #: 2** <br> **ADP, INC.** <br> **PO BOX 842875** <br> **BOSTON, MA 02284-2875** | - | | | | **Trade Payable** | | | | **3,282.09** |
| Account No.: 3 <br><br> **Creditor #: 3** <br> **AFLAC WORLDWIDE HEADQUARTERS** <br> **1932 WYNNTON ROAD** <br> **COLUMBUS, GA 31999** | - | | | | **Trade Payable** | | | | **697.98** |
| Account No.: 4 <br><br> **Creditor #: 4** <br> **AL'S SNOW REMOVAL** <br> **3645 WESTPOINT** <br> **DEARBORN, MI 48124** | - | | | | **Trade Payable** | | | | **1,585.00** |

__30__  continuation sheets attached

Subtotal
(Total of this page)                                              **5,629.67**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                S/N:24820-120712    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooperative Optical Services, Inc.** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 5 ALLSHRED SERVICES,INC. 3940 TECHNOLOGY DR. MAUMEE, OH 43537 | - | | | | | | 2,723.90 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 6 AMERITAS LIFE INSURANCE CORP. PO BOX 81889 LINCOLN, NE 68501-1889 | - | | | | | | 2,531.84 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 7 ART OPTICAL CONTACT LENS P. O. BOX 1848 GRAND RAPIDS, MI 49501-1848 | - | | | | | | 190.09 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 8 ASCENSUS PO BOX 36472 NEWARK, NJ 07188-6472 | - | | | | | | 2,700.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 9 AT &T P.O. BOX 8100 AURORA, IL 60507-8100 | - | | | | | | 14.99 |

Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **8,160.82**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 10**<br>**AT&T  YELLOW PAGES**<br>**P.O. BOX 8112**<br>**AURORA, IL 60507-8112** | - | | | | | | 8,168.45 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 11**<br>**AUBURN CROSSING ASSOCIATES**<br>**PO BOX 993**<br>**NOVI, MI 48376-0993** | - | | | | | | 7,401.69 |
| Account No. | | | Representing:<br>**AUBURN CROSSING ASSOCIATES** | | | | |
| **Paul Fried Esq.**<br>**PO Box 993**<br>**Novi, MI 48376-0993** | | | | | | | Notice Only |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 12**<br>**BALLAN EYE CENTER 6620**<br>**432 W. UNIVERSITY**<br>**ROCHESTER, MI 48307** | - | | | | | | 72.00 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 13**<br>**BANK OF AMERICA**<br>**TAX ID# 94-1687665**<br>**PO BOX 402742**<br>**ATLANTA, GA 30384-2742** | - | | | | | | 2,240.00 |

Sheet no. __2__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,882.14

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**               ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Payable | | | | |
| **Creditor #: 14** **BAUSCH & LOMB INC.** **CONTACT LENS DIVISION** **P.O. BOX 92204** **CHICAGO, IL 60675-2204** | - | | | | | | | | **20.85** |
| Account No. | | | | | Trade Payable | | | | |
| **Creditor #: 15** **BLUE CARE NETWORK OF MI** **PO Box 33608** **Detroit, MI 48232-5608** | - | | | | | X | X | | **Unknown** |
| Account No. | | | | | Trade Payable | | | | |
| **Creditor #: 16** **BLUE CROSS BLUE SHIELD OF MI** **PO BOX 366** **DETROIT, MI 48231** | - | | | | | | | | **130.00** |
| Account No. | | | | | Trade Payable | | | | |
| **Creditor #: 17** **BOARD OF WATER COMMISSIONERS** **P. O. BOX 32711** **DETROIT, MI 48232** | - | | | | | | | | **296.64** |
| Account No. | | | | | Trade Payable | | | | |
| **Creditor #: 18** **STEPHEN BREINAGER** **19320 AFTON** **DETROIT, MI 48203** | - | | | | | | | | **225.00** |

Sheet no. __3__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          **672.49**
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re __Cooperative Optical Services, Inc._____,  Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 19 BRESSER'S CROSS INDEX DIRECTORY CO. 684 W. BALTIMORE DETROIT, MI 48202 | - | | | | | | | 6,847.12 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 20 BULBTRONICS 10 W SQUARE LAKE RD, SUITE 102 BLOOMFIELD HILLS, MI 48302-0466 | - | | | | | | | 59.36 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 21 C C SYSTEMS, INC 13135 66TH STREET N LARGO, FL 33773 | - | | | | | | | 3,248.73 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 22 CARL ZEISS VISION INC. 12121 SCRIPPS SUMMIT DRIVE SUITE 400 SAN DIEGO, CA 92131 | - | | | | | | | 23,892.15 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 23 CHARMANT GROUP INC, USA 400 AMERICAN ROAD MORRIS PLAINS, NJ 07950-2400 | - | | | | | | | 15,587.79 |

Sheet no. __4___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     49,635.15

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 24 CIBA VISION CORPORATION PNC BANK / LOCKBOX 3714 SOLUTIONS CENTER CHICAGO, IL 60677-3007 | - | | | | | | | 29.75 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 25 CINTAS P O BOX 630910 CINCINNATI, OH 45263-0910 | - | | | | | | | 470.37 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 26 CITY OF AUBURN HILLS 1827 N. SQUIRREL ROAD AUBURN HILLS, MI 48326-2753 | - | | | | | | | 187.21 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 27 CITY OF DEARBORN P. O. BOX 730 DEARBORN, MI 48121-0730 | - | | | | | | | 5,732.22 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 28 CITY OF EASTPOINTE 23200 GRATIOT EASTPOINTE, MI 48021 | - | | | | | | | 60.65 |

Sheet no. __5__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,480.20

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re   **Cooperative Optical Services, Inc.** _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 29**<br>**CITY OF SOUTHGATE**<br>**14400 DIX-TOLEDO**<br>**SOUTHGATE, MI 48195** | - | | Trade Payable | | | | 15.79 |
| Account No.<br>**Creditor #: 30**<br>**CITY OF STERLING HTS - WATER**<br>**PO BOX 55000**<br>**STERLING HGTS, MI 48311-8009** | - | | Trade Payable | | | | 52.37 |
| Account No.<br>**Creditor #: 31**<br>**CLASSIC OPTICAL**<br>**3710 BELMONT AVENUE**<br>**YOUNGSTOWN, OH 44505** | - | | Trade Payable | | | | 56.34 |
| Account No.<br>**Creditor #: 32**<br>**CLEARVISION**<br>**425 RABRO DRIVE**<br>**SUITE2**<br>**HAUPPAUGE, NY 11788** | - | | Trade Payable | | | | 25,048.55 |
| Account No.<br>**Creditor #: 33**<br>**CLINTON CHAPEL AME ZION CHURCH**<br>**3401 23 RD**<br>**DETROIT, MI 48208** | - | | Trade Payable | | | | 240.00 |

| | | |
|---|---|---|
| Sheet no. _6_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 25,413.05 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 34<br>GERBER COBURN<br>PO BOX 842839<br>BOSTON, MA 02284-2839 | - | | | | | | 15,248.53 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 35<br>COLORS IN OPTICS<br>366 5TH AVENUE<br>SUITE 1003<br>NEW YORK, NY 10001 | - | | | | | | 8,824.91 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 36<br>COMCAST CABLEVISION OF DETROIT<br>12775 LYNDON<br>ACCT#06105 322135-1<br>DETROIT, MI 48227-3982 | - | | | | | | 103.37 |
| Account No. | | | Union contract claims | | | | |
| Creditor #: 37<br>Communication Workers of America 4100<br>c/o Stuart M Israel Esq<br>Legghio & Israel PC<br>306 S Washington Ste. 600<br>Royal Oak, MI 48067 | - | | | X | X | | Unknown |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 38<br>COMMUNITY CARING PROGRAM<br>27800 GEORGE MERRELLI DRIVE<br>WARREN, MI 48092 | - | | | | | | 75.00 |

Sheet no. __7__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **24,251.81**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**            ,    Case No. _____

                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Trade Payable** | | | | |
| **Creditor #: 39**<br>**COMMUNITY CARING PROGRAM**<br>**27800 GEORGE MERRELL DR.**<br>**U A W REGION 1**<br>**WARREN, MI 48092** | - | | | | | | | **300.00** |
| Account No. | | | | **Trade Payable** | | | | |
| **Creditor #: 40**<br>**COMPASS SELF STORAGE**<br>**UNITS 4009-4012**<br>**32968 GROESBECK HWY.**<br>**FRASER, MI 48026** | - | | | | | | | **448.00** |
| Account No. | | | | **Purchase of defective equipment nad software** | | | | |
| **Creditor #: 41**<br>**Compulink**<br>**2645 Townsgate Road**<br>**Ste. 200**<br>**Westlake Village, CA 91361** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | **Trade Payable** | | | | |
| **Creditor #: 42**<br>**CONCENTRA HEALTH CENTERS**<br>**PO BOX 5106**<br>**SOUTHFIELD, MI 48086-5106** | - | | | | | | | **151.50** |
| Account No. | | | | **Trade Payable** | | | | |
| **Creditor #: 43**<br>**CONSUMERS ENERGY**<br>**LANSING, MI 48937-0001** | - | | | | | | | **132.39** |

| Sheet no. __8___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,031.89** |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 44 COOPERVISION INC P.O. BOX 145409 CINCINNATI, OH 45250-5409 | - | | | | | | | |
| | | | | | | | | 8,038.50 |
| Account No. | | | | Trade Payables, advances on insurance claims | | | | |
| Creditor #: 45 DAVIS VISION 159 EXPRESS STREET P.O. BOX 9104 PLAINVIEW, NY 11803 | - | | | | | | | |
| | | | | | | | | 425,597.22 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 46 DELTA OPTICAL SUPPLY 496 HARWOOD CT. OXFORD, MI 48371 | - | | | | | | | |
| | | | | | | | | 536.55 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 47 DETROIT ASSOCIATION OF BLACK ORGANIZATIONS - D A B O 12048 GRAND RIVER DETROIT, MI 48204 | - | | | | | | | |
| | | | | | | | | 150.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 48 DETROIT FEDERATION OF TEACHERS 2875 W. GRAND BLVD. DETROIT, MI 48202 | - | | | | | | | |
| | | | | | | | | 1,000.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **435,322.27**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com — Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooperative Optical Services, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | JC | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 49<br>**DIGITAL OFFICE SYSTEMS**<br>**7610 MARKET DRIVE**<br>**CANTON, MI 48187** | - | | | | Trade Payable | | | | 4,700.30 |
| Account No. 50<br>**DIVERSIFIED OPHTHALMICS, INC**<br>**250 MC COLLOUGH ST**<br>**ATTN: JANET**<br>**CINCINNATI, OH 45226** | - | | | | Trade Payable | | | | 66,421.28 |
| Account No. 51<br>**DR. CHARLES BENJAMIN**<br>**4062 Overlea Lane**<br>**Bloomfield Hills, MI 48302** | - | | | | Trade Payable | | | | 298.12 |
| Account No. 52<br>**DR. WILLIAM GOLDSTEIN, M.D.**<br>**47670 VAN DYKE**<br>**SHELBY TOWNSHIP, MI 48317** | - | | | | Trade Payable | | | | 36.00 |
| Account No. 53<br>**DTE ENERGY**<br>**P O BOX 740786**<br>**CINCINNATI, OH 45274-0786** | - | | | | Trade Payable | | | | 3,814.60 |

Sheet no. _10_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 75,270.30

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**                           ,       Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 54**<br>**DYNAMIC LABORATORIES, INC.**<br>**30 HAYNES COURT**<br>**RONKONKOMA, NY 11779** | - | | Trade Payable | | | | 670.71 |
| Account No.<br>**Creditor #: 55**<br>**EASTERN STATES EYEWEAR**<br>**33 HEMPSTEAD TURNPIKE**<br>**ELMONT, NY 11003-1591** | - | | Trade Payable | | | | 4,680.39 |
| Account No.<br>**Creditor #: 56**<br>**EASTMAN FIRE PROTECTION, INC.**<br>**1450 SOUTER**<br>**TROY, MI 48083-2871** | - | | Trade Payable | | | | 167.03 |
| Account No.<br>**Creditor #: 57**<br>**RITA EMERSON**<br>**11051 LOZIER**<br>**WARREN, MI** | - | | Trade Payable | | | | 373.58 |
| Account No.<br>**Creditor #: 58**<br>**EYE CENTER OF SOUTHFIELD**<br>**29255 NORTHWESTERN HWY**<br>**SUITE 302**<br>**SOUTHFIELD, MI 48034** | - | | Trade Payable | | | | 36.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **5,927.71**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 59 EYE Q EYEWEAR 7 OCTOBER HILL ROAD HOLLISTON, MA 01746 | - | | | | | | | 1,336.28 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 60 FALCON ATHLETIC CLUB 31740 GLENCORE DR. SCOTT MORLEY BEVERLY HILLS, MI 48025 | - | | | | | | | 500.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 61 FISH WINDOW CLEANING  UTICA P O BOX 180073 UTICA OFFICE UTICA, MI 48318-0073 | - | | | | | | | 215.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 62 FISH WINDOW CLEANING  W. BLOOM P O BOX 251302 WEST BLOOMFIELD OFFICE WEST BLOOMFIELD, MI 48325-1302 | - | | | | | | | 547.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 63 FISH WINDOW CLEANING EASTPTE 25801 HARPER AVENUE  STE 7 EASTPOINTE OFFICE ST. CLAIR SHORES, MI 48081 | - | | | | | | | 160.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,758.28

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____, Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 64<br>FORSTER LAIDLAW FLORIST<br>35028 WOODWARD AVENUE<br>BIRMINGHAM, MI 48009-0932 | | - | | | | | 68.85 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 65<br>FRED BARTON COMPANY<br>565 EAST MILWAUKEE<br>DETROIT, MI 48202 | | - | | | | | 1,826.81 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 66<br>G E CAPITAL CORP.<br>10 RIVERVIEW DRIVE<br>ATTN: JASON ROSENSTEEL<br>DANBURY, CT 06810 | | - | | | | | 1,266.19 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 67<br>GREAT LAKES COATING LAB<br>1784 LARCHWOOD DRIVE<br>TROY, MI 48083 | | - | | | | | 500.20 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 68<br>HAGOPIAN FIRE & FLOOD SERVICES<br>14050 WEST EIGHT MILE RD.<br>OAK PARK, MI 48237 | | - | | | | | 426.60 |

Sheet no. __13__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,088.65**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**                 ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 69**<br>**HANTZ BENEFIT SERVICES, LLC.**<br>**24901 NORTHWESTERN HWY.**<br>**SUITE 710**<br>**SOUTHFIELD, MI 48075** | - | | Trade Payable | | | | 110.00 |
| Account No.<br>**Creditor #: 70**<br>**HARMON**<br>**7844 W. CENTRAL AVE.**<br>**TOLEDO, OH 43617** | - | | Trade Payable | | | | 927.50 |
| Account No.<br>**Creditor #: 71**<br>**HASLER**<br>**478 WHEELERS FARM ROAD**<br>**MILFORD, CT 06461** | - | | Trade Payable | | | | 50.00 |
| Account No.<br>**Creditor #: 72**<br>**HEALTH APPLICATIONS NETWORK**<br>**13700 WATERTOWER CIRCLE**<br>**PLYMOUTH, MN 55441** | - | | Trade Payable | | | | 570.00 |
| Account No.<br>**Creditor #: 73**<br>**HUDSON OPTICAL**<br>**18 TV-5 DRIVE**<br>**HENDERSON, NV 89014** | - | | Trade Payable | | | | 109.93 |

Sheet no. __14__ of __30__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        **1,767.43**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re     **Cooperative Optical Services, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 74 HUNGERFORD & CO. 13305 REECK ROAD SOUTHGATE, MI 48195 | - | | | | | | 29,492.12 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 75 HUNTER'S SQUARE 31500 NORTHWESTERN HWY. SUITE 300 FARMINGTON HILLS, MI 48334 | - | | | | | | 2,816.29 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 76 I-DEALOPTICS 840 E. LEWISTON FERNDALE, MI 48220 | - | | | | | | 10,774.96 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 77 INLAND DIAMOND PRODUCTS CO. 32051 HOWARD AVENUE MADISON HEIGHTS, MI 48071 | - | | | | | | 667.87 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 78 INSIGHT EQUITY A..P.X. LP dba VISION-EASE LENS - NW 6083 PO BOX 1450 MINNEAPOLIS, MN 55485-6083 | - | | | | | | 7,887.25 |

| | | |
|---|---|---|
| Sheet no. __15__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 51,638.49 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.** _____,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 79  **K & K LAWN & SHRUB SERVICES**  **20026 EAST EIGHT MILE RD.**  **HARPER WOODS, MI 48225** | - | | Trade Payable | | | | 1,498.47 |
| Account No.  Creditor #: 80  **KASPEREK OPTICAL, INC**  **15597 OAKWOOD DRIVE**  **ROMULUS, MI 48174** | - | | Trade Payable | | | | 23,046.55 |
| Account No.  Creditor #: 81  **KBCO ACCOUNTS RECEIVABLE**  **P.O. BOX 4907**  **ENGLEWOOD, CO 80112** | - | | Trade Payable | | | | 2,663.53 |
| Account No.  Creditor #: 82  **CANDACE KING**  **30804 Tamarack Ave.**  **Apt 36103**  **Wixom, MI 48393** | - | | Trade Payable | | | | 339.35 |
| Account No.  Creditor #: 83  **KUSHNER & COMPANY, INC.**  **2427 W. CENTER AVE.**  **PORTAGE, MI 49024** | - | | Trade Payable | | | | 465.75 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     28,013.65

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**                   ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 84** | | | Trade Payable | | | | |
| **M & H INSURANCE AGENCY, INC.** **28 WEST ADAMS** **SUITE 300** **DETROIT, MI 48226** | | - | | | | | 855.31 |
| Account No. **Creditor #: 85** | | | Trade Payable | | | | |
| **DENISE MADEJ** **2959 Syckelmoore** **Trenton, MI 48183** | | - | | | | | 396.21 |
| Account No. **Creditor #: 86** | | | Trade Payable | | | | |
| **MADISON PLACE LLC C/O STUART** **FRANKEL DEVELOPMENT CO.** **1334 MAPLELAWN DR** **TROY, MI 48084** | | - | | | | | 14,781.82 |
| Account No. **Allan Rein Esq** **30400 Telegraph Road** **Ste. 373** **Bingham Farms, MI 48025** | | | Representing: **MADISON PLACE LLC C/O STUART** | | | | Notice Only |
| Account No. **Creditor #: 87** | | | Trade Payable | | | | |
| **MAILFINANCE** **25881 NETWORK PLACE** **CHICAGO, IL 60673-1258** | | - | | | | | 3,287.85 |

Sheet no. \_\_**17**\_\_ of \_\_**30**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal         (Total of this page)       **19,321.19**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Cooperative Optical Services, Inc._____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 88 MARCHON EYEWEAR, INC 88216 EXPEDITE WAY CHICAGO, IL 60695-0001 | - | | | | | | | 10,816.40 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 89 MC KENNA HEATING & COOLING 6417 CENTER DRIVE STERLING HEIGHTS, MI 48312 | - | | | | | | | 3,146.95 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 90 MICH AFSCME COUNCIL 25 600 W. LAFAYETTE SUITE 500  ATTN: BETTY SMITH DETROIT, MI 48226 | - | | | | | | | 100.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 91 MICHIGAN HISPANIC CHAMBER OF COMMERCE  SUITE 206 24445 NORTHWESTERN HWY. SOUTHFIELD, MI 48075 | - | | | | | | | 200.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 92 MIDDLEBELT PLAZA II LIMITED PARTNERSHIP 3773 E. ELLSWORTH ROAD ANN ARBOR, MI 48108 | - | | | | | | | 11,041.65 |

Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  25,305.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**                 ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 93** **MODERN MIRROR** **20809 KRAFT BLVD.** **ROSEVILLE, MI 48066** | | - | Trade Payable | | | | 412.28 |
| Account No. **Creditor #: 94** **MODERN OPTICAL** **585 CONGRESS CIRCLE NORTH** **PO BOX 72360** **ROSELLE, IL 60172** | | - | Trade Payable | | | | 3,088.53 |
| Account No. **Creditor #: 95** **MOORE JANITORIAL SUPPLY** **1930 STEPHENS** **WARREN, MI 48091** | | - | Trade Payable | | | | 373.65 |
| Account No. **Creditor #: 96** **MUTUAL OF OMAHA INSURANCE CO** **PAYMENT PROCESSING CENTER** **PO BOX 2147** **OMAHA, NE 68103-2147** | | - | Trade Payable | | | | 2,494.26 |
| Account No. **Creditor #: 97** **N C O PARKING ACQUISITIONS LLC** **DEPT. CH 17673** **PALATINE, IL 60055-7673** | | - | Trade Payable | | | | 712.57 |

Sheet no. __19__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                          
(Total of this page)         **7,081.29**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 98 NANO FILM LTD PO BOX 715410 COLUMBUS, OH 43271-5410 | - | | | | | | | 989.30 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 99 NATIONAL COOPERATIVE BUS ASSOC 1401 NEW YORK AVE NW, STE 1100 WASHINGTON, DC 20005-2160 | - | | | | | | | 1,782.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 100 NCO ACQUISITION LLC C/O THE FARBMAN GROUP DEPT. CH 17673 PALATINE, IL 60055-7673 | - | | | | | | | 6,950.96 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 101 OCCUPATIONAL HEALTH CENTERS P O BOX 5106 SOUTHFIELD, MI 48086-5106 | - | | | | | | | 50.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 102 OKEEFE & ASSOCIATES 2 LONE PINE BLOOMFIELD HILLS, MI 48304 | - | | | | | | | 25,222.91 |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **34,995.67**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**            ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 103**<br>**OLD NEWSBOYS GOODFELLOWS FUND**<br>**GOODFELLOW TRIBUTE BREAKFAST**<br>**P.O. BOX 44444**<br>**DETROIT, MI 48224-0444** | - | | Trade Payable | | | | 300.00 |
| Account No.<br>**Creditor #: 104**<br>**ON GUARD  / C/O HILCO**<br>**PO BOX 643792**<br>**PITTSBURGH, PA 15264-3792** | - | | Trade Payable | | | | 838.65 |
| Account No.<br>**Creditor #: 105**<br>**OPTICAL WORKS CORP**<br>**7259 WEST BORDER**<br>**PO BOX 1686**<br>**MUSKOGEE, OK 74402-1686** | - | | Trade Payable | | | | 411.01 |
| Account No.<br>**Creditor #: 106**<br>**PAETEC**<br>**PO BOX 3243**<br>**MILWAUKEE, WI 53201-3243** | - | | Trade Payable | | | | 14,686.51 |
| Account No.<br>**Creditor #: 107**<br>**PANORAMIC LANDSCAPING**<br>**40575 GRAND RIVER**<br>**NOVI, MI 48375** | - | | Trade Payable | | | | 1,665.00 |

Sheet no. __21__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,901.17

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re    **Cooperative Optical Services, Inc.**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **108** | | | Trade Payable | | | | |
| **Creditor #: 108 PAYNE-PULLIAM DOOR OPENERS SCHOOL OF TRADE & COMMERCE 2345 CASS AVE. DETROIT, MI 48201** | - | | | | | | 100.00 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 109 PLUNKETT COONEY 38505 WOODWARD STE 2000 BLOOMFIELD HILLS, MI 48304** | - | | | | | | 53,722.50 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 110 POSTMASTER MT. ELLIOTT STATION 5511 E. 7 MILE RD. DETROIT, MI 48234-9998** | - | | | | | | 2,812.49 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 111 PRAXAIR DISTRIBUTION INC. DEPT CH 10660 PALATINE, IL 60055-0660** | - | | | | | | 71.12 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 112 PREMIER VISION 1840 NORTH COMMERCE PKWY SUITE 2 WESTON, FL 33326** | - | | | | | | 3,145.51 |

Sheet no. __22__ of __30__ sheets attached to Schedule of                                 Subtotal                 | 59,851.62
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cooperative Optical Services, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 113 PRINCIPAL LIFE INSURANCE CO. PO BOX 9394 DES MOINES, IA 50306-9394 | | - | | | | | | 35,309.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 114 PRO-MED DELIVERY SERVICE 51305 CELESTE SHELBY TWP., MI 48315 | | - | | | | | | 2,331.70 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 115 PROFESSIONAL FAMILY EYECARE 28825 RYAN ROAD WARREN, MI 48092 | | - | | | | | | 122.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 116 REM OPTICAL CO., INC 10941 LA TUNA CANYON RD SUN VALLEY, CA 91352 | | - | | | | | | 815.80 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 117 RGPLP - CLINTON VALLEY MALL PO BOX 350018 BOSTON, MA 02241-0518 | | - | | | | | | 19,639.50 |

Sheet no. __23__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 58,218.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____ , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| **Creditor #: 118** **RGPLP- CLINTON VALLEY STRIP** **P O BOX 350018** **BOSTON, MA 02241-0518** | - | | | | | | | 4,468.08 |
| Account No. | | | | Trade Payable | | | | |
| **Creditor #: 119** **RGPLP-CLINTON POINTE** **P.O. BOX 350018** **BOSTON, MA 02241-0518** | - | | | | | | | 14,454.53 |
| Account No. | | | | Trade Payable | | | | |
| **Creditor #: 120** **RLV HUNTER'S SQUARE LP** **DEPARTMENT# 152001** **P O BOX 67000** **DETROIT, MI 48267-1520** | - | | | | | | | 9,670.67 |
| Account No. | | | | Trade Payable | | | | |
| **Creditor #: 121** **ROCHESTER EYE CENTER 6618** **CRITTEN MEDICAL BULIDING** **1135 W. UNIVERSITY DR, STE 346** **ROCHESTER, MI 48307** | - | | | | | | | 72.00 |
| Account No. | | | | Trade Payable | | | | |
| **Creditor #: 122** **KATHERINE ROGERS** **3353 Clements** **Detroit, MI 48238** | - | | | | | | | 9.18 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,674.46**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Cooperative Optical Services, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 123**<br>**ROSE MOVING & STORAGE**<br>**41775 ECORSE ROAD #190**<br>**BELLEVILLE, MI 48111** | - | | | | | | |
| | | | | | | | 4,404.00 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 124**<br>**SAFILO USA/OPTIQUE DU MONDE**<br>**801 JEFFERSON ROAD**<br>**PARSIPPANY, NJ 07054-3753** | - | | | | | | |
| | | | | | | | 4,730.67 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 125**<br>**SALEM DISTRIBUTING COMPANY**<br>**P.O. BOX  536731**<br>**ATLANTA, GA 30353-6731** | - | | | | | | |
| | | | | | | | 204.39 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 126**<br>**SODERBERG, INC**<br>**SDS 12-1084**<br>**PO BOX 86**<br>**MINNEAPOLIS, MN 55486-1084** | - | | | | | | |
| | | | | | | | 462.59 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 127**<br>**SPERIAN PROTECTION OPTICAL**<br>**P.O. BOX 3916**<br>**BOSTON, MA 02241** | - | | | | | | |
| | | | | | | | 47.06 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,848.71**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooperative Optical Services, Inc.**                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 128 STERLING HEIGHTS REGIONAL CHAMBER 12900 HALL RD STERLING HEIGHTS, MI 48313 | | - | | | | | 265.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 129 TAYLOR OPTICAL SUPPLIES, INC 28 WEST ADAMS SUITE 1005 DETROIT, MI 48226 | | - | | | | | 3,977.28 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 130 TERMINIX INTERNATIONAL 24050 VANCE AVE. HAZEL PARK, MI 48030-1212 | | - | | | | | 617.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 131 THE BURLINGTON TRUST NW 6159 PO BOX 1450 MINNEAPOLIS, MN 55485-6159 | | - | | | | | 28,862.67 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 132 THE TIMBERLAND GROUP JOSEPH A. KING 6900 EAST 10 MILE ROAD CENTERLINE, MI 48015 | | - | | | | | 359.12 |

Sheet no. __26__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        34,081.07

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooperative Optical Services, Inc.** Case No. _____
                                                   ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| Creditor #: 133 TREASURER, CITY OF DETROIT BLDG. AND SAFETY ENGINEERING 402 COLEMAN A. YOUNG CENTER DETROIT, MI 48226 | - | | | | | | 300.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 134 TREASURER, CITY OF DETROIT DEPARTMENT 268301 - PROP.TAX PO BOX 55000 DETROIT, MI 48255-2683 | - | | | | | | 22,735.71 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 135 TRINGALI SANITATION, INC 33373 DEQUINDRE TROY, MI 48084 | - | | | | | | 540.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 136 TYLER'S QUARTERLY PUBLICATION P.O. BOX 250406 LITTLE ROCK, AR | - | | | | | | 429.00 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 137 U. S. SAFETY P.O. BOX 83018 CHICAGO, IL 60691-3010 | - | | | | | | 952.96 |

Sheet no. __27__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 24,957.67

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **Cooperative Optical Services, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 138 ULTRA OPTICS SDS 12-1084 PO BOX 86 MINNEAPOLIS, MN 55486-1084 | - | | | | | | | 2,631.84 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 139 UNITED PARCEL SERVICE LOCKBOX 577 CAROL STREAM, IL 60132-0577 | - | | | | | | | 11.28 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 140 UNIVERSITY SPORTS PUBLICATION 3588 PLYMOUTH RD DEPT 51 ANN ARBOR, MI 48105 | - | | | | | | | 595.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 141 VENTURE TAPE CORPORATION PO BOX 844133 DALLAS, TX 75284-4133 | - | | | | | | | 585.56 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 142 VIGILANTE SECURITY ALARM 2681 INDUSTRIAL ROW DR. TROY, MI 48084 | - | | | | | | | 698.10 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,521.78

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**                     ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 143 WARREN CONNER DEVELOPMENT 11148 HARPER AVENUE DETROIT, MI 48213 | | - | | | | | | 240.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 144 WELLS FARGO FINANCIAL LEASING P O BOX 6434 CAROL STREAM, IL 60197-6434 | | - | | | | | | 4,370.39 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 145 SANDRA WEYER 50053 WESTCLIFFE  SITE 204A SHELBY TWP, MI 48315 | | - | | | | | | 34.68 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 146 DISHON WHITE 16500 Bringard Detroit, MI 48205 | | - | | | | | | 13.26 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 147 WILLIAMS, WILLIAMS, RATTNER & PLUNKETT    SUITE# 300 380 NORTH OLD WOODWARD AVE. BIRMINGHAM, MI 48009 | | - | | | | | | 4,578.18 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **9,236.51**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cooperative Optical Services, Inc.**                                    ,        Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 148 YOUNGER OPTICS 2925 CALIFORNIA STREET TORRANCE, CA 90503-3914** | - | | | | | | 1,595.64 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 149 ZIMCO OPTICS, INC 3060 AVENUE U BROOKLYN, NY 11229** | - | | | | | | 30,178.20 |
| Account No. | | | Trade Payable | | | | |
| **Creditor #: 150 ZYLOWARE CORPORATION 8 SLATER STREET PORT CHESTER, NY 10573** | - | | | | | | 2,427.96 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **34,201.80**

Total (Report on Summary of Schedules)  **1,112,140.44**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.** _____ ,   Case No. _____

                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Auburn Crossing Associates**<br>**PO Box 993**<br>**Novi, MI 48376-0993** | **Lease of retain location in Auburn Hills, MI.**<br>**Monthly payments are $2,370.58** |
| **Belmont & Mapleview Apartments LLC**<br>**PO Box 951**<br>**Southfield, MI 48234** | **Lease of retain location at Eight Mile and**<br>**Dequindre in Detroit, MI. Monthly payments are**<br>**$7,716.00** |
| **GE Vendor Financial Services**<br>**PO Box 642555**<br>**Pittsburgh, PA 15264-2555** | **Lease of lab equipment** |
| **Kyocera/Wells Fargo Financial**<br>**MAC F4031 050**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | **Lease of Printer system used in administrative**<br>**offices** |
| **Kyocera/Wells Fargo Financial**<br>**MAC F4031 050**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | **Lease of Printer system used in retain stores** |
| **Madison Place LLC**<br>**1334 Maplelawn**<br>**Troy, MI 48084** | **Lease of retain location Madison Heights, MI.**<br>**Monthly payments are $6,323.00** |
| **Middlebelt Plaza II Limited**<br>**3773 E. Ellsworth Road**<br>**Ann Arbor, MI 48108** | **Lease of retain location in Livonia, MI. Monthly**<br>**payments are $2,208.33** |
| **NCO Acquisition, LLC**<br>**c/o The Farbman Group**<br>**Dept. CH 17673**<br>**Palatine, IL 60055-7673** | **Lease of retain location at New Center, Detroit, MI.**<br>**Monthly payments are $2,978.74** |
| **RGPLP - Clinton Pointe**<br>**PO Box 350018**<br>**Boston, MA 02241-0518** | **Lease of retain location Mt. Clemens, MI. Monthly**<br>**payments are $5,046.71** |
| **RGPLP - Clinton Valley Mall**<br>**PO Box 350018**<br>**Boston, MA 02241-0518** | **Lease of retain location in Sterling Hts., MI.**<br>**Monthly payments are $6,546.50.** |
| **RLV Hunter's Square LP**<br>**Dept # 152001**<br>**PO Box 67000**<br>**Detroit, MI 48267-1520** | **Lease of retain location in Farmington Hills, MI.**<br>**Monthly payments are $3,626.50** |

1

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Cooperative Optical Services, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Burlington Trust**<br>**NW 6159**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-6159** | **Lease of retain location in Taylor, MI. Monthly payments are $3,806.02** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                      Best Case Bankruptcy

In re   **Cooperative Optical Services, Inc.**   ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
   continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Cooperative Optical Services, Inc.** _____  Case No. _____
                                    Debtor(s)          Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                         Debtor

Date _____   Signature: _____
                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  **President & CEO**  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the  **corporation**  [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **57**  sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 13, 2012** _____   Signature:  **/s/ Benjamin L. Edwards, Jr.**
                                                          **Benjamin L. Edwards, Jr.**
                                              [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Cooperative Optical Services, Inc.**

Debtor(s)

Case No.

Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,053,926.00** | **2010 Gross revenues from operation of business** |
| **$8,718,068.00** | **2011 Gross revenues from operation of business** |
| **$1,737,000.00** | **2012 Year-to-date gross revenues from operation of business** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

---

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | **$0.00** | **$0.00** |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Madison Place, LLC v Cooperative Optical Services, Inc., Case No. 12 MH 055599 LT** | **Eviction** | **43rd District Court for the Stateo f Michigan Madison Hts., MI** | **Pending** |
| **Auburn Crossing LLC v Co/Op Optical, Inc., Case No. 12-CO 4543** | **Eviction** | **52-3 Judicial District for the State of Michigan, Rochester Hills, MI** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None

■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None

■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None

■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None

■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steinberg Shapiro & Clark**<br>**25925 Telegraph Road**<br>**Ste. 203**<br>**Southfield, MI 48033** | **7/11/12 - $10,000**<br>**7/19/12 - $7,500**<br>**8/13/12 - $7,500** | |

### 10. Other transfers

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Efficient & Reliable of Michigan, Inc.** | 38-2169426 | **2424 East Eight Mile Road Detroit, MI 48234** | **Initially operated as lab service and was later used to lease employees to Debtor and to set up employee stock option plan. Entity was discontinued pursuant to direction of State Office of Financial and Insurance Regulation (OFIR)** | **8/13/81 - 11/30/07** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Ted Winiarski**
**Cooperative Optical Services, Inc.**
**2424 East Eight Mile Road**
**Detroit, MI 48234**

**Michael Kramer**
**Moceri & Company, PC**
**Utica, MI 48317-5843**

**Hungerford & Co. CPAs**
**13305 Reeck Road**
**Southgate, MI 48195**

None
☐      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Hungerford & Co. CPA** | **13305 Reeck Road Southgate, MI 48195** | **Year ended 12/31/10, issued June, 2011** |
| **State of Michigan** | **Office of Financial Instution Regulation Lansing, MI** | **Audit for year ended 12/31/08, issued in June, 2010** |

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Richard Whitmer** <br> **Insight Heatlhcare** | |
| **Rodney Schansman** <br> **Ftrans** | |

---

## 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY <br> (Specify cost, market or other basis) |
|-------------------|----------------------|----------------------------------|
| **Monthly** | **John Barnes** | **$264,419 as of 6/30/12** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **Monthly** | **John Barnes** <br> **22720 Tulane** <br> **Farmington, MI 48336** |

---

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Benjamin L Edwards, Jr.** <br> **30725 Woodgate Drive** <br> **Southfield, MI 48076** | **President & CEO; Board Member** | |
| **Ted Winiarski** <br> **1088 Bloomview Circle** <br> **Rochester, MI 48307** | **Chief Financial Officer** | |
| **Bernice Adams** <br> **8132 Willesdon Sq.** <br> **Sterling Heights, MI 48312** | **Board Member** | |
| **John Elliott** <br> **St. Anne's Mead Senior Community** <br> **16106 West Twelve Mile Road** <br> **Southfield, MI 48076** | **Board Member** | |
| **Al Garrett** <br> **AFSCME Council 25** <br> **600 W. Lafayette - Suite 500** <br> **Detroit, MI 48226** | **Board Member** | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Leatha Larde**<br>**14313 Artesian**<br>**Detroit, MI 48233** | **Board Member** | |
| **Blair McGowan**<br>**22241 Miami**<br>**Grosse Ile, MI 48138** | **Board Member** | |
| **Robert Morris**<br>**6535 Lambeth Way**<br>**Canton, MI 48187** | **Board Member** | |
| **Raymond Murphy**<br>**610 W. Chicago**<br>**Detroit, MI 48202** | **Board Member** | |
| **James Neblett**<br>**AFSCME Council 25**<br>**600 W. Lafayette - Suite 500**<br>**Detroit, MI 48226** | **Board Member** | |
| **Marc Stepp**<br>**17160 Faust**<br>**Detroit, MI 48219** | **Board Member** | |
| **Patricia Taft**<br>**New Center Comm. Mental Health**<br>**11338 Evergreen Ave.**<br>**Detroit, MI 48228** | **Board Member** | |
| **John Trohimczyk**<br>**Manor of Southgate**<br>**15400 Trenton Road**<br>**Southgate, MI 48195** | **Board Member** | |
| **La Chandra White**<br>**3981 Harlow Avenue**<br>**Allen Park, MI 48101** | **Board Member** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Janna Garrison** | **Board member** | **2011** |
| **Jacqueline Smith**<br>**19601 Cherry Hill Lane**<br>**Southfield, MI 48076** | **President** | **3/19/10** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Cooperative Optical Services, Inc. 401(k) Profit Sharing Plan** | **38-2368142** |
| **National Integrated Group Pension Plan** | **22-6190618** |
| **IUE-CWA 401(k) Retirement Savings and Security Plan** | **22-3345052** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 13, 2012**                    Signature  **/s/ Benjamin L. Edwards, Jr.**

**Benjamin L. Edwards, Jr.**
**President & CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Vendor Name | Document Date | Document Amount |
|---|---|---|
| BELMONT AND MAPLEVIEW APT | 6/8/2012 | $8,333.28 |
| BELMONT AND MAPLEVIEW APT | 7/3/2012 | $7,716.00 |
| BELMONT AND MAPLEVIEW APT | 7/9/2012 | $617.28 |
| **BELMONT AND MAPLEVIEW APT Total** | | **$16,666.56** |
| CARL ZEISS VISION INC. | 5/29/2012 | $20,891.37 |
| CARL ZEISS VISION INC. | 6/29/2012 | $24,843.22 |
| **CARL ZEISS VISION INC. Total** | | **$45,734.59** |
| DAVIS VISION | 8/2/2012 | $108,488.27 |
| DAVIS VISION | 5/15/2012 | $22,881.41 |
| DAVIS VISION | 6/29/2012 | $23,168.22 |
| **DAVIS VISION Total** | | **$154,537.90** |
| DTE ENERGY | 5/17/2012 | $499.36 |
| DTE ENERGY | 5/22/2012 | $723.13 |
| DTE ENERGY | 5/31/2012 | $3,087.52 |
| DTE ENERGY | 6/22/2012 | $1,271.00 |
| DTE ENERGY | 7/9/2012 | $975.64 |
| DTE ENERGY | 7/23/2012 | $315.28 |
| DTE ENERGY | 7/26/2012 | $3,274.94 |
| DTE ENERGY | 7/27/2012 | $626.90 |
| **DTE ENERGY Total** | | **$10,773.77** |
| GREAT LAKES COATING LAB | 5/29/2012 | $6,885.70 |
| GREAT LAKES COATING LAB | 6/29/2012 | $7,959.23 |
| **GREAT LAKES COATING LAB Total** | | **$14,844.93** |
| PAETEC | 5/24/2012 | $6,922.22 |
| PAETEC | 6/25/2012 | $6,837.66 |
| **PAETEC Total** | | **$13,759.88** |
| PLUNKETT COONEY | 7/19/2012 | $7,500.00 |
| **PLUNKETT COONEY Total** | | **$7,500.00** |
| PROFESSIONAL OPTOMETRIC SERVICES | 5/25/2012 | $1,595.00 |
| PROFESSIONAL OPTOMETRIC SERVICES | 6/8/2012 | $3,190.00 |
| PROFESSIONAL OPTOMETRIC SERVICES | 6/21/2012 | $2,310.00 |
| PROFESSIONAL OPTOMETRIC SERVICES | 7/9/2012 | $1,375.00 |
| **PROFESSIONAL OPTOMETRIC SERVICES Total** | | **$8,470.00** |
| PRO-MED DELIVERY SERVICE | 5/17/2012 | $4,646.08 |
| PRO-MED DELIVERY SERVICE | 7/3/2012 | $1,954.23 |
| **PRO-MED DELIVERY SERVICE Total** | | **$6,600.31** |
| STEINBERG, SHAPIRO & CLARK | 7/10/2012 | $10,000.00 |
| STEINBERG, SHAPIRO & CLARK | 7/19/2012 | $7,500.00 |
| STEINBERG, SHAPIRO & CLARK | 8/13/2012 | $7,500.00 |
| **STEINBERG, SHAPIRO & CLARK Total** | | **$25,000.00** |
| TAYLOR OPTICAL SUPPLIES, INC | 5/31/2012 | $3,665.82 |
| TAYLOR OPTICAL SUPPLIES, INC | 7/27/2012 | $4,239.98 |
| **TAYLOR OPTICAL SUPPLIES, INC Total** | | **$7,905.80** |
| TOTAL HEALTH CARE | 5/30/2012 | $18,975.67 |
| **TOTAL HEALTH CARE Total** | | **$18,975.67** |
| TRUST SERVICES | 6/28/2012 | $19,506.74 |
| **TRUST SERVICES Total** | | **$19,506.74** |
| | | |
| **GRAND TOTAL** | | **$350,276.15** |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Cooperative Optical Services, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.   The undersigned is the attorney for the Debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]   **FLAT FEE**

        A.   For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

        B.   Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

        C.   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

    [ **X** ]   **RETAINER**

        A.   Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25,000.00**

        B.   The undersigned shall bill against the retainer at an hourly rate of $ **300.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.   $ **1,046.00** of the filing fee has been paid.

4.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any that do not apply.]

        A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

        B.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

        C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        D.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

        E.   Reaffirmations;

        F.   Redemptions;

        G.   Other:

           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.   The source of payments to the undersigned was from:

        A.   **XX**   Debtor(s)' earnings, wages, compensation for services performed

        B.   _____   Other (describe, including the identity of payor) _____

7.   The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **August 13, 2012** _____

Agreed:   **/s/ Benjamin L. Edwards, Jr.** _____
        **Benjamin L. Edwards, Jr.**
        Debtor

**/s/ Mark H. Shapiro, Esq.** _____
Attorney for the Debtor(s)
**Mark H. Shapiro, Esq. P43134**
**Steinberg Shapiro & Clark**
**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
**248-352-4700 shapiro@steinbergshapiro.com**

_____
Debtor

# United States Bankruptcy Court

### Eastern District of Michigan

In re   **Cooperative Optical Services, Inc.**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **August 13, 2012** _____

Signature _**/s/ Benjamin L. Edwards, Jr.**_____

                            **Benjamin L. Edwards, Jr.**
                            **President & CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

ADP SCREENING & SELECTION SERVICES
36307 TREASURY CENTER
CHICAGO, IL 60694-6300


ADP, INC.
PO BOX 842875
BOSTON, MA 02284-2875


AEL Financial, LLC
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089


AFLAC WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS, GA 31999


AL'S SNOW REMOVAL
3645 WESTPOINT
DEARBORN, MI 48124


Allan Rein Esq
30400 Telegraph Road
Ste. 373
Bingham Farms, MI 48025


ALLSHRED SERVICES,INC.
3940 TECHNOLOGY DR.
MAUMEE, OH 43537


AMERITAS LIFE INSURANCE CORP.
PO BOX 81889
LINCOLN, NE 68501-1889


Anderson, Anderson
878 Hampton Rd.
Grosse Pte. Woods, MI 48236


ART OPTICAL CONTACT LENS
P. O. BOX 1848
GRAND RAPIDS, MI 49501-1848


ASCENSUS
PO BOX 36472
NEWARK, NJ 07188-6472

AT &T
P.O. BOX 8100
AURORA, IL 60507-8100


AT&T  YELLOW PAGES
P.O. BOX 8112
AURORA, IL 60507-8112


AUBURN CROSSING ASSOCIATES
PO BOX 993
NOVI, MI 48376-0993


Bahorski, Laura
13428 Yvonne Dr.
Warren, MI 48088


BALLAN EYE CENTER 6620
432 W. UNIVERSITY
ROCHESTER, MI 48307


BANK OF AMERICA
TAX ID# 94-1687665
PO BOX 402742
ATLANTA, GA 30384-2742


Barnes, John
22720 Tulane
Farmington Hills, MI 48336


BAUSCH & LOMB INC.
CONTACT LENS DIVISION
P.O.  BOX 92204
CHICAGO, IL 60675-2204


Belmont & Mapleview Apartments LLC
PO Box 951
Southfield, MI 48234


BLUE CARE NETWORK OF MI
PO Box 33608
Detroit, MI 48232-5608


BLUE CROSS BLUE SHIELD OF MI
PO BOX  366
DETROIT, MI 48231

BOARD OF WATER COMMISSIONERS
P. O. BOX 32711
DETROIT, MI 48232


Bonrostro, Manuel
2668 Rainbow
Troy, MI 48083


Bounds, Nataki
19505 Ilene
Detroit, MI 48221


Brady, James
437 Essex
Clawson, MI 48017


STEPHEN BREINAGER
19320 AFTON
DETROIT, MI 48203


BRESSER'S CROSS INDEX DIRECTORY CO.
684 W. BALTIMORE
DETROIT, MI 48202


Brooks, Naimah
29251 Point O Woods
Apartment 207
Southfield, MI 48034


BULBTRONICS
10 W SQUARE LAKE RD, SUITE 102
BLOOMFIELD HILLS, MI 48302-0466


C C SYSTEMS, INC
13135 66TH STREET N
LARGO, FL 33773


CARL ZEISS VISION INC.
12121 SCRIPPS SUMMIT DRIVE
SUITE 400
SAN DIEGO, CA 92131


CHARMANT GROUP INC, USA
400 AMERICAN ROAD
MORRIS PLAINS, NJ 07950-2400

CIBA VISION CORPORATION
PNC BANK / LOCKBOX
3714 SOLUTIONS CENTER
CHICAGO, IL 60677-3007


CINTAS
P O BOX 630910
CINCINNATI, OH 45263-0910


CITY OF AUBURN HILLS
1827 N. SQUIRREL ROAD
AUBURN HILLS, MI 48326-2753


CITY OF DEARBORN
P. O. BOX 730
DEARBORN, MI 48121-0730


CITY OF EASTPOINTE
23200 GRATIOT
EASTPOINTE, MI 48021


CITY OF SOUTHGATE
14400 DIX-TOLEDO
SOUTHGATE, MI 48195


CITY OF STERLING HTS - WATER
PO BOX 55000
STERLING HGTS, MI 48311-8009


Clark, Nioka
10275 Balfour
Detroit, MI 48224


CLASSIC OPTICAL
3710 BELMONT AVENUE
YOUNGSTOWN, OH 44505


CLEARVISION
425 RABRO DRIVE
SUITE2
HAUPPAUGE, NY 11788


CLINTON CHAPEL AME ZION CHURCH
3401 23 RD
DETROIT, MI 48208

GERBER COBURN
PO BOX 842839
BOSTON, MA 02284-2839


COLORS IN OPTICS
366 5TH AVENUE
SUITE 1003
NEW YORK, NY 10001


COMCAST CABLEVISION OF DETROIT
12775 LYNDON
ACCT#06105 322135-1
DETROIT, MI 48227-3982


Communication Workers of America 4100
c/o Stuart M Israel Esq
Legghio & Israel PC
306 S Washington Ste. 600
Royal Oak, MI 48067


COMMUNITY CARING PROGRAM
27800 GEORGE MERRELLI DRIVE
WARREN, MI 48092


COMMUNITY CARING PROGRAM
27800 GEORGE MERRELL DR.
U A W REGION 1
WARREN, MI 48092


COMPASS SELF STORAGE
UNITS 4009-4012
32968 GROESBECK HWY.
FRASER, MI 48026


Compulink
2645 Townsgate Road
Ste. 200
Westlake Village, CA 91361


CONCENTRA HEALTH CENTERS
PO BOX 5106
SOUTHFIELD, MI 48086-5106


CONSUMERS ENERGY
LANSING, MI 48937-0001

COOPERVISION INC
P.O. BOX 145409
CINCINNATI, OH 45250-5409


DAVIS VISION
159 EXPRESS STREET
P.O. BOX 9104
PLAINVIEW, NY 11803


DELTA OPTICAL SUPPLY
496 HARWOOD CT.
OXFORD, MI 48371


DETROIT ASSOCIATION OF BLACK
ORGANIZATIONS - D A B O
12048 GRAND RIVER
DETROIT, MI 48204


DETROIT FEDERATION OF TEACHERS
2875 W. GRAND BLVD.
DETROIT, MI 48202


DIGITAL OFFICE SYSTEMS
7610 MARKET DRIVE
CANTON, MI 48187


DIVERSIFIED OPHTHALMICS, INC
250 MC COLLOUGH ST
ATTN: JANET
CINCINNATI, OH 45226


DR. CHARLES BENJAMIN
4062 Overlea Lane
Bloomfield Hills, MI 48302


DR. WILLIAM GOLDSTEIN, M.D.
47670 VAN DYKE
SHELBY TOWNSHIP, MI 48317


Drennan, Steve
30140 Morlock St.
Livonia, MI 48152

Driscoll, Jaimin
18023 Ash
Eastpointe, MI 48021


DTE ENERGY
P O BOX 740786
CINCINNATI, OH 45274-0786


DYNAMIC LABORATORIES, INC.
30 HAYNES COURT
RONKONKOMA, NY 11779


EASTERN STATES EYEWEAR
33 HEMPSTEAD TURNPIKE
ELMONT, NY 11003-1591


EASTMAN FIRE PROTECTION, INC.
1450 SOUTER
TROY, MI 48083-2871


Edwards, Benjamin
30725 Woodgate Dr.
Southfield, MI 48076


RITA EMERSON
11051 LOZIER
WARREN, MI


EYE CENTER OF SOUTHFIELD
29255 NORTHWESTERN HWY
SUITE 302
SOUTHFIELD, MI 48034


EYE Q EYEWEAR
7 OCTOBER HILL ROAD
HOLLISTON, MA 01746


FALCON ATHLETIC CLUB
31740 GLENCORE DR.
SCOTT MORLEY
BEVERLY HILLS, MI 48025


Fifth Third Bank
1000 Town Center
Southfield, MI 48075

FISH WINDOW CLEANING  UTICA
P O BOX 180073
UTICA OFFICE
UTICA, MI 48318-0073


FISH WINDOW CLEANING  W. BLOOM
P O BOX 251302
WEST BLOOMFIELD OFFICE
WEST BLOOMFIELD, MI 48325-1302


FISH WINDOW CLEANING EASTPTE
25801 HARPER AVENUE  STE 7
EASTPOINTE OFFICE
ST. CLAIR SHORES, MI 48081


FORSTER LAIDLAW FLORIST
35028 WOODWARD AVENUE
BIRMINGHAM, MI 48009-0932


FRED BARTON COMPANY
565 EAST MILWAUKEE
DETROIT, MI 48202


G E CAPITAL CORP.
10 RIVERVIEW DRIVE
ATTN: JASON ROSENSTEEL
DANBURY, CT 06810


GE Vendor Financial Services
PO Box 642555
Pittsburgh, PA 15264-2555


Gillian, Grace
4830 Van Dyke
Detroit, MI 48214


GREAT LAKES COATING LAB
1784 LARCHWOOD DRIVE
TROY, MI 48083


HAGOPIAN FIRE & FLOOD SERVICES
14050 WEST EIGHT MILE RD.
OAK PARK, MI 48237

Hanna Fay
3326 S. Annabelle
Detroit, MI 48217


HANTZ BENEFIT SERVICES, LLC.
24901 NORTHWESTERN HWY.
SUITE 710
SOUTHFIELD, MI 48075


HARMON
7844 W. CENTRAL AVE.
TOLEDO, OH 43617


HASLER
478 WHEELERS FARM ROAD
MILFORD, CT 06461


Hatter, Angela
593 Raskob
Pontiac, MI 48340


Hawk, Mervin
23172 Gladhill Lane
St. Clair Shores, MI 48080


HEALTH APPLICATIONS NETWORK
13700 WATERTOWER CIRCLE
PLYMOUTH, MN 55441


Hickling, Victoria
15593 Joan
Southgate, MI 48195


Holliday, Judith
42433 Clinton Pl.
Clinton Twp., MI 48038


Hooper, Courtney
20210 Pinehurst
Detroit, MI 48221


Hoover, Deborah
5928 Robindale
Dearborn Hts., MI 48127

Horne-Nixon, Carolyn
23420 Wildwood
Oak Park, MI 48237


HUDSON OPTICAL
18 TV-5 DRIVE
HENDERSON, NV 89014


HUNGERFORD & CO.
13305 REECK ROAD
SOUTHGATE, MI 48195


HUNTER'S SQUARE
31500 NORTHWESTERN HWY.
SUITE 300
FARMINGTON HILLS, MI 48334


Hutchinson, Kimberly
53067 Pine creek Dr.
Chesterfield, MI 48047


I-DEALOPTICS
840 E. LEWISTON
FERNDALE, MI 48220


INLAND DIAMOND PRODUCTS CO.
32051 HOWARD AVENUE
MADISON HEIGHTS, MI 48071


INSIGHT EQUITY A..P.X. LP dba
VISION-EASE LENS - NW 6083
PO BOX 1450
MINNEAPOLIS, MN 55485-6083


James, Valerie
22001 Sussex
Oak Park, MI 48237


Jones, Christell
453 Bartlett
Pontiac, MI 48341


Jordan, Tracie
305 Fisher
Pontiac, MI 48341

K & K LAWN & SHRUB SERVICES
20026 EAST EIGHT MILE RD.
HARPER WOODS, MI 48225


KASPEREK OPTICAL, INC
15597 OAKWOOD DRIVE
ROMULUS, MI 48174


KBCO ACCOUNTS RECEIVABLE
P.O. BOX 4907
ENGLEWOOD, CO 80112


CANDACE KING
30804 Tamarack Ave.
Apt 36103
Wixom, MI 48393


King, Candace
30804 Tamarack Dr.
Apartment 36102
Wixom, MI 48393


King, Ethelle
17387 Gateway Circle
Southfield, MI 48075


KUSHNER & COMPANY, INC.
2427 W. CENTER AVE.
PORTAGE, MI 49024


Kyocera/Wells Fargo Financial
MAC F4031 050
800 Walnut Street
Des Moines, IA 50309


LaBuda-Babiasz, Paula
2405 Casmere
Hamtramck, MI 48212


M & H INSURANCE AGENCY, INC.
28 WEST ADAMS
SUITE 300
DETROIT, MI 48226

DENISE MADEJ
2959 Syckelmoore
Trenton, MI 48183


Madison Place LLC
1334 Maplelawn
Troy, MI 48084


MADISON PLACE LLC C/O STUART
FRANKEL DEVELOPMENT CO.
1334 MAPLELAWN DR
TROY, MI 48084


MAILFINANCE
25881 NETWORK PLACE
CHICAGO, IL 60673-1258


MARCHON EYEWEAR, INC
88216 EXPEDITE WAY
CHICAGO, IL 60695-0001


MC KENNA HEATING & COOLING
6417 CENTER DRIVE
STERLING HEIGHTS, MI 48312


McGee, Barbara
18461 Ferguson
Detroit, MI 48235


Mcghee, Juanita
3167 S. Waring
Detroit, MI 48217


MICH AFSCME COUNCIL 25
600 W. LAFAYETTE
SUITE 500  ATTN: BETTY SMITH
DETROIT, MI 48226


MICHIGAN HISPANIC CHAMBER OF
COMMERCE  SUITE 206
24445 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075

MIDDLEBELT PLAZA II LIMITED
PARTNERSHIP
3773 E. ELLSWORTH ROAD
ANN ARBOR, MI 48108


Middlebelt Plaza II Limited
3773 E. Ellsworth Road
Ann Arbor, MI 48108


MODERN MIRROR
20809 KRAFT BLVD.
ROSEVILLE, MI 48066


MODERN OPTICAL
585 CONGRESS CIRCLE NORTH
PO BOX 72360
ROSELLE, IL 60172


MOORE JANITORIAL SUPPLY
1930 STEPHENS
WARREN, MI 48091


MUTUAL OF OMAHA INSURANCE CO
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147


N C O PARKING ACQUISITIONS LLC
DEPT. CH 17673
PALATINE, IL 60055-7673


NANO FILM LTD
PO BOX 715410
COLUMBUS, OH 43271-5410


NATIONAL COOPERATIVE BUS ASSOC
1401 NEW YORK AVE NW, STE 1100
WASHINGTON, DC 20005-2160


NCO ACQUISITION LLC
C/O THE FARBMAN GROUP
DEPT. CH 17673
PALATINE, IL 60055-7673

NCO Acquisition, LLC
c/o The Farbman Group
Dept. CH 17673
Palatine, IL 60055-7673


Nesbit, Eleanor
34127 Garfield Cir.
Fraser, MI 48026


OCCUPATIONAL HEALTH CENTERS
P O BOX 5106
SOUTHFIELD, MI 48086-5106


OKEEFE & ASSOCIATES
2 LONE PINE
BLOOMFIELD HILLS, MI 48304


OLD NEWSBOYS GOODFELLOWS FUND
GOODFELLOW TRIBUTE BREAKFAST
P.O. BOX 44444
DETROIT, MI 48224-0444


ON GUARD  / C/O HILCO
PO BOX 643792
PITTSBURGH, PA 15264-3792


OPTICAL WORKS CORP
7259 WEST BORDER
PO BOX 1686
MUSKOGEE, OK 74402-1686


PAETEC
PO BOX 3243
MILWAUKEE, WI 53201-3243


Page, Joan
6423 Grandmont
Detroit, MI 48228


PANORAMIC LANDSCAPING
40575 GRAND RIVER
NOVI, MI 48375

Paul Fried Esq.
PO Box 993
Novi, MI 48376-0993


PAYNE-PULLIAM DOOR OPENERS
SCHOOL OF TRADE & COMMERCE
2345 CASS AVE.
DETROIT, MI 48201


Phillips, Donna
42714 Castle Dr.
Canton, MI 48188


PLUNKETT COONEY
38505 WOODWARD
STE 2000
BLOOMFIELD HILLS, MI 48304


Pollock, Kenneth
21393 Parkside
Ferndale, MI 48220


POSTMASTER
MT. ELLIOTT STATION
5511 E. 7 MILE RD.
DETROIT, MI 48234-9998


PRAXAIR DISTRIBUTION INC.
DEPT CH 10660
PALATINE, IL 60055-0660


PREMIER VISION
1840 NORTH COMMERCE PKWY
SUITE 2
WESTON, FL 33326


PRINCIPAL LIFE INSURANCE CO.
PO BOX 9394
DES MOINES, IA 50306-9394


PRO-MED DELIVERY SERVICE
51305 CELESTE
SHELBY TWP., MI 48315

PROFESSIONAL FAMILY EYECARE
28825 RYAN ROAD
WARREN, MI 48092


REM OPTICAL CO., INC
10941 LA TUNA CANYON RD
SUN VALLEY, CA 91352


RGPLP - Clinton Pointe
PO Box 350018
Boston, MA 02241-0518


RGPLP - CLINTON VALLEY MALL
PO BOX 350018
BOSTON, MA 02241-0518


RGPLP- CLINTON VALLEY STRIP
P O BOX 350018
BOSTON, MA 02241-0518


RGPLP-CLINTON POINTE
P.O. BOX 350018
BOSTON, MA 02241-0518


RLV HUNTER'S SQUARE LP
DEPARTMENT# 152001
P O BOX 67000
DETROIT, MI 48267-1520


RLV Hunter's Square LP
Dept # 152001
PO Box 67000
Detroit, MI 48267-1520


Robbins, Theresa
22482 Monteray
Woodhaven, MI 48183


ROCHESTER EYE CENTER 6618
CRITTEN MEDICAL BULIDING
1135 W. UNIVERSITY DR, STE 346
ROCHESTER, MI 48307

KATHERINE ROGERS
3353 Clements
Detroit, MI 48238


ROSE MOVING & STORAGE
41775 ECORSE ROAD #190
BELLEVILLE, MI 48111


SAFILO USA/OPTIQUE DU MONDE
801 JEFFERSON ROAD
PARSIPPANY, NJ 07054-3753


SALEM DISTRIBUTING COMPANY
P.O. BOX 536731
ATLANTA, GA 30353-6731


Smalley, Karl
5232 Curtis
Dearborn, MI 48126


Smith, Annette
19781 Devonshire Ln
Macomb, MI 48044


Sobel, Robert
24510 Radclift
Oak Park, MI 48237


SODERBERG, INC
SDS 12-1084
PO BOX 86
MINNEAPOLIS, MN 55486-1084


SPERIAN PROTECTION OPTICAL
P.O. BOX 3916
BOSTON, MA 02241


STERLING HEIGHTS REGIONAL
CHAMBER
12900 HALL RD
STERLING HEIGHTS, MI 48313


Subastian, Carl
20618 Indiana
Trenton, MI 48183

Tanghe, Charles
22205 Gordon
St. Clair Shores, MI 48081


Tatge, Linda
46050 Sugarbush
Chesterfield, MI 48047


TAYLOR OPTICAL SUPPLIES, INC
28 WEST ADAMS
SUITE 1005
DETROIT, MI 48226


TERMINIX INTERNATIONAL
24050 VANCE AVE.
HAZEL PARK, MI 48030-1212


THE BURLINGTON TRUST
NW 6159
PO BOX 1450
MINNEAPOLIS, MN 55485-6159


The Burlington Trust
NW 6159
PO Box 1450
Minneapolis, MN 55485-6159


THE TIMBERLAND GROUP
JOSEPH A. KING
6900 EAST 10 MILE ROAD
CENTERLINE, MI 48015


TREASURER, CITY OF DETROIT
BLDG. AND SAFETY ENGINEERING
402 COLEMAN A. YOUNG CENTER
DETROIT, MI 48226


TREASURER, CITY OF DETROIT
DEPARTMENT 268301 - PROP.TAX
PO BOX 55000
DETROIT, MI 48255-2683


TRINGALI SANITATION, INC
33373 DEQUINDRE
TROY, MI 48084

TYLER'S QUARTERLY PUBLICATION
P.O. BOX 250406
LITTLE ROCK, AR


U. S. SAFETY
P.O. BOX 83018
CHICAGO, IL 60691-3010


ULTRA OPTICS
SDS 12-1084
PO BOX 86
MINNEAPOLIS, MN 55486-1084


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNIVERSITY SPORTS PUBLICATION
3588 PLYMOUTH RD
DEPT 51
ANN ARBOR, MI 48105


VENTURE TAPE CORPORATION
PO BOX 844133
DALLAS, TX 75284-4133


VIGILANTE SECURITY ALARM
2681 INDUSTRIAL ROW DR.
TROY, MI 48084


WARREN CONNER DEVELOPMENT
11148 HARPER AVENUE
DETROIT, MI 48213


Watkins, Pamela
20195 Pinehurst
Detroit, MI 48221


WELLS FARGO FINANCIAL LEASING
P O BOX 6434
CAROL STREAM, IL 60197-6434


SANDRA WEYER
50053 WESTCLIFFE  SITE 204A
SHELBY TWP, MI 48315

Weyer, Sandra
50053 Westcliffe Ct.
#204
Shelby Twp., MI 48315


DISHON WHITE
16500 Bringard
Detroit, MI 48205


Williams, Laquda
14993 Archdale
Detroit, MI 48227


WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT    SUITE# 300
380 NORTH OLD WOODWARD AVE.
BIRMINGHAM, MI 48009


Winiarski, Thaddeus
1088 Bloomview Circle
Rochester, MI 48307


YOUNGER OPTICS
2925 CALIFORNIA STREET
TORRANCE, CA 90503-3914


ZIMCO OPTICS, INC
3060 AVENUE U
BROOKLYN, NY 11229


ZYLOWARE CORPORATION
8  SLATER STREET
PORT CHESTER, NY 10573