# United States Bankruptcy Court
## Eastern District of Michigan

In re **Cooperative Optical Services, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  
Address:

**(For additional names, attach an addendum to this form)**

■ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **August 13, 2012**

**/s/ Benjamin L. Edwards, Jr.**  
Signature of Authorized Individual  
For Corporation Debtor

**Benjamin L. Edwards, Jr.**  
Print Name

**President & CEO**  
Title