IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

COOPERATIVE OPTICAL SERVICES, INC.,           Case No. 12-58623-MBM
                                                                   Chapter 11
        Debtor.                                          Hon. Marci B. McIvor
_____/

**EX PARTE ORDER SHORTENING RESPONSE PERIOD AND SETTING AN
EXPEDITED HEARING ON MOTION FOR AN ORDER MODIFYING THE
COURT'S PROPOSED "ORDER ESTABLISHING DEADLINES
AND PROCEDURES" AND APPROVING INTERIM FEE PROCEDURES**

       This matter having come before the Court on the Debtor's Ex Parte Motion for Order Shortening the Response Period and Setting an Expedited Hearing on the Debtor's Motion for an Order Modifying the Court's proposed "Order Establishing Deadlines and Procedures" and approving Interim Fee Procedures. The Court having reviewed the Motion, finds good cause to enter this Ex Parte Order:

       IT IS ORDERED that any objection to the Debtor's Motion for an Order Modifying the Court's proposed "Order Establishing Deadlines and Procedures" and approving Interim Fee Procedures, shall be filed no later than 5:00 p.m. August 20, 2012.

       IT IS FURTHER ORDERED that an expedited hearing on the Debtor's Motion for an Order Modifying the Court's proposed "Order Establishing Deadlines and Procedures" and approving Interim Fee Procedures shall be held on August 21, 2012 at 10:30 a.m. in the courtroom of the Hon. Marci B. McIvor.

IT IS FURTHER ORDERED that immediately upon entry of this Order, the Debtor shall serve copies of this Order and Notice of the Debtor's Motion on all parties in interest to these proceedings, via first class mail.

Signed on August 13, 2012

                                        /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge