UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**COOPERATIVE OPTICAL SERVICES, INC.,**   Case No. 12-58623
Chapter 11
HON. Marci B. McIvor

Debtor.
_____/

## RESOLUTION OF THE BOARD OF DIRECTORS OF COOPERATIVE OPTICAL SERVICES, INC.

A meeting of the members was duly called and held in all respects and in accordance with the laws of the State of Michigan and By-Laws of Cooperative Optical Services, Inc..

The undersigned, being a Director and the representative of the entire Board of Cooperative Optical Services, Inc., a Michigan not-for-profit cooperative, consents and agrees to the adoption of the following resolution:

**RESOLVED** that Cooperative Optical Services, Inc. is authorized to file a petition to commence a Chapter 11 bankruptcy case in the Eastern District of Michigan, Southern Division, Detroit, Michigan.

**BE IT FURTHER RESOLVED** that Cooperative Optical Services, Inc. is authorized to retain the law firm of Steinberg Shapiro & Clark, 25925 Telegraph Road, Suite 203, Southfield, Michigan 48033 as its counsel in the bankruptcy case.

Dated: July 13, 2012

DIRECTOR, REPRESENTATIVE OF THE
BOARD OF DIRECTORS

/s/ Robert K. Morris