UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             ) Case No. 12-58623-MBM
                                                   ) Chapter 11
COOPERATIVE OPTICAL SERVICES, INC.,                ) Hon. Marci B. McIvor
                                                   )
        Debtor.                                    )
                                                   )

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2012, the Notice Regarding Judge Marci B. McIvor's Recusal Procedures on Cases Where Parties are Represented by Clark Hill PLC [Docket 91] was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Also served via first class mail to those listed on attached Service List attached hereto as Exhibit A.

Date: September 18, 2012          Respectfully submitted by,
                                  CLARK HILL PLC

                                  By: /s /Secret S. Washington
                                  Secret S. Washington
                                  151 S. Old Woodward Avenue, Suite 200
                                  Birmingham, Michigan 48009
                                  swashington@clarkhill.com

EXHIBIT A

Label Matrix for local noticing
0645-2
Case 12-58623-mbm
Eastern District of Michigan
Detroit
Tue Sep 18 08:46:28 EDT 2012

City of Detroit, Treasurer
c/o Law Department
660 Woodward Ave
Ste. 1800
Detroit, MI 48226-3587

Cooperative Optical Services, Inc.
2424 East Eight Mile Road
Detroit, MI 48234-1010

Fifth Third Bank
c/o Zachary J. Eskau, Esq.
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304-5103

Plunkett Cooney
c/o David A. Lerner, Esq.
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-5096

ADP SCREENING & SELECTION SERVICES
36307 TREASURY CENTER
CHICAGO, IL 60694-6300

ADP, INC.
PO BOX 842875
BOSTON, MA 02284-2875

AEL Financial, LLC
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089-2411

AFLAC WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0002

AL'S SNOW REMOVAL
3645 WESTPOINT
DEARBORN, MI 48124-3281

ALLSHRED SERVICES, INC.
3940 TECHNOLOGY DR.
MAUMEE, OH 43537-9264

AMERITAS LIFE INSURANCE CORP.
PO BOX 81889
LINCOLN, NE 68501-1889

ART OPTICAL CONTACT LENS
P. O. BOX 1848
GRAND RAPIDS, MI 49501-1848

ASCENSUS
PO BOX 36472
NEWARK, NJ 07188-6472

AT &T
P.O. BOX 8100
AURORA, IL 60507-8100

AT&T YELLOW PAGES
P.O. BOX 8112
AURORA, IL 60507-8112

AUBURN CROSSING ASSOCIATES
PO BOX 993
NOVI, MI 48376-0993

Allan Rein Esq
30400 Telegraph Road
Ste. 373
Bingham Farms, MI 48025-5814

American Federation of State, County
and Municipal Employees, AFL-CIO
Local 1640, Mervin Hawk, President
600 W. Lafayette Blvd., Ste 160
Detroit, MI 48226-3325

Anderson, Anderson
878 Hampton Rd.
Grosse Pte. Woods, MI 48236-1342

Ascensus, Inc.
Attn: Finance Department
415 8th Ave NE
Brainerd, MN 56401-2860

BALLAN EYE CENTER 6620
432 W. UNIVERSITY
ROCHESTER, MI 48307-1972

BANK OF AMERICA
TAX ID# 94-1687665
PO BOX 402742
ATLANTA, GA 30384-2742

BAUSCH & LOMB INC.
CONTACT LENS DIVISION
P.O. BOX 92204
CHICAGO, IL 60675-2204

BLUE CARE NETWORK OF MI
PO Box 33608
Detroit, MI 48232-5608

BLUE CROSS BLUE SHIELD OF MI
PO BOX 366
DETROIT, MI 48231

BOARD OF WATER COMMISSIONERS
P. O. BOX 32711
DETROIT, MI 48232-0711

BRESSER'S CROSS INDEX DIRECTORY CO.
684 W. BALTIMORE
DETROIT, MI 48202-2998

BULBTRONICS
10 W SQUARE LAKE RD, SUITE 102
BLOOMFIELD HILLS, MI 48302-0466

Bahorski, Laura
13428 Yvonne Dr.
Warren, MI 48088-4752

Barnes, John
22720 Tulane
Farmington Hills, MI 48336-3659

Belmont & Mapleview Apartments LLC
PO Box 951
Southfield, MI 48037-0951

Bonrostro, Manuel
2668 Rainbow
Troy, MI 48083-5730

Bounds, Nataki
19505 Ilene
Detroit, MI 48221-1447

Brady, James
437 Essex
Clawson, MI 48017-1704

Brooks, Naimah
29251 Point O Woods
Apartment 207
Southfield, MI 48034-1250

C C SYSTEMS, INC
13135 66TH STREET N
LARGO, FL 33773-1812

CANDACE KING
30804 Tamarack Ave.
Apt 36103
Wixom, MI 48393-2744

CARL ZEISS VISION INC.
12121 SCRIPPS SUMMIT DRIVE
SUITE 400
SAN DIEGO, CA 92131-4609

CHARMANT GROUP INC, USA
400 AMERICAN ROAD
MORRIS PLAINS, NJ 07950-2461

CIBA VISION CORPORATION
PNC BANK / LOCKBOX
3714 SOLUTIONS CENTER
CHICAGO, IL 60677-3007

CINTAS
P O BOX 630910
CINCINNATI, OH 45263-0910

CITY OF AUBURN HILLS
1827 N. SQUIRREL ROAD
AUBURN HILLS, MI 48326-2753

CITY OF DEARBORN
P. O. BOX 730
DEARBORN, MI 48121-0730

CITY OF DETROIT
PROPERTY TAXES
PO BOX 33523
DETROIT, MI 48232-5523

CITY OF EASTPOINTE
23200 GRATIOT
EASTPOINTE, MI 48021-1683

CITY OF SOUTHGATE
14400 DIX-TOLEDO
SOUTHGATE, MI 48195-2598

CITY OF STERLING HTS - WATER
PO BOX 55000
STERLING HGTS, MI 48311-8009

CLASSIC OPTICAL
3710 BELMONT AVENUE
YOUNGSTOWN, OH 44505-1406

CLEARVISION
425 RABRO DRIVE
SUITE2
HAUPPAUGE, NY 11788-4245

CLINTON CHAPEL AME ZION CHURCH
3401 23 RD
DETROIT, MI 48208-2400

COLORS IN OPTICS
366 5TH AVENUE
SUITE 1003
NEW YORK, NY 10001-2211

COMCAST CABLEVISION OF DETROIT
12775 LYNDON
ACCT#06105 322135-1
DETROIT, MI 48227-3982

COMMUNITY CARING PROGRAM
27800 GEORGE MERRELL DR.
U A W REGION 1
WARREN, MI 48092-2767

COMMUNITY CARING PROGRAM
27800 GEORGE MERRELLI DRIVE
WARREN, MI 48092-2767

COMPASS SELF STORAGE
UNITS 4009-4012
32968 GROESBECK HWY.
FRASER, MI 48026-3154

CONCENTRA HEALTH CENTERS
PO BOX 5106
SOUTHFIELD, MI 48086-5106

CONSUMERS ENERGY
LANSING, MI 48937-0001

COOPERVISION INC
P.O. BOX 145409
CINCINNATI, OH 45250-5409

Clark, Nioka
10275 Balfour
Detroit, MI 48224-1801

| | | |
|---|---|---|
| Communication Workers of America<br>AFL-CIO, Local 4100<br>Greg Wynn, President<br>2441 W. Grand Blvd.<br>Detroit, MI 48208-1259 | Communication Workers of America 4100<br>c/o Stuart M Israel Esq<br>Legghio & Israel PC<br>306 S Washington Ste. 600<br>Royal Oak, MI 48067-3837 | Compulink<br>2645 Townsgate Road<br>Ste. 200<br>Westlake Village, CA 91361-2722 |
| DAVIS VISION<br>159 EXPRESS STREET<br>P.O. BOX 9104<br>PLAINVIEW, NY 11803-9004 | DELTA OPTICAL SUPPLY<br>496 HARWOOD CT.<br>OXFORD, MI 48371-4428 | DENISE MADEJ<br>2959 Syckelmoore<br>Trenton, MI 48183-3551 |
| DETROIT ASSOCIATION OF BLACK<br>ORGANIZATIONS - D A B O<br>12048 GRAND RIVER<br>DETROIT, MI 48204-1836 | DETROIT FEDERATION OF TEACHERS<br>2875 W. GRAND BLVD.<br>DETROIT, MI 48202-2627 | DIGITAL OFFICE SYSTEMS<br>7610 MARKET DRIVE<br>CANTON, MI 48187-2441 |
| DISHON WHITE<br>16500 Bringard<br>Detroit, MI 48205-1552 | DIVERSIFIED OPHTHALMICS, INC<br>250 MC COLLOUGH ST<br>ATTN: JANET<br>CINCINNATI, OH 45226-2145 | DR. CHARLES BENJAMIN<br>4062 Overlea Lane<br>Bloomfield Hills, MI 48302-4033 |
| DR. WILLIAM GOLDSTEIN, M.D.<br>47670 VAN DYKE<br>SHELBY TOWNSHIP, MI 48317-3302 | DTE ENERGY<br>P O BOX 740786<br>CINCINNATI, OH 45274-0786 | DYNAMIC LABORATORIES, INC.<br>30 HAYNES COURT<br>RONKONKOMA, NY 11779-7220 |
| Drennan, Steve<br>30140 Morlock St.<br>Livonia, MI 48152-1866 | Driscoll, Jaimin<br>18023 Ash<br>Eastpointe, MI 48021-2721 | EASTERN STATES EYEWEAR<br>33 HEMPSTEAD TURNPIKE<br>ELMONT, NY 11003-1591 |
| EASTMAN FIRE PROTECTION, INC.<br>1450 SOUTER<br>TROY, MI 48083-2824 | EYE CENTER OF SOUTHFIELD<br>29255 NORTHWESTERN HWY<br>SUITE 302<br>SOUTHFIELD, MI 48034-5742 | EYE Q EYEWEAR<br>7 OCTOBER HILL ROAD<br>HOLLISTON, MA 01746-1308 |
| Edwards, Benjamin<br>30725 Woodgate Dr.<br>Southfield, MI 48076-5388 | FALCON ATHLETIC CLUB<br>31740 GLENCORE DR.<br>SCOTT MORLEY<br>BEVERLY HILLS, MI 48025-5620 | FISH WINDOW CLEANING UTICA<br>P O BOX 180073<br>UTICA OFFICE<br>UTICA, MI 48318-0073 |
| FISH WINDOW CLEANING W. BLOOM<br>P O BOX 251302<br>WEST BLOOMFIELD OFFICE<br>WEST BLOOMFIELD, MI 48325-1302 | FISH WINDOW CLEANING EASTPTE<br>25801 HARPER AVENUE STE 7<br>EASTPOINTE OFFICE<br>ST. CLAIR SHORES, MI 48081-2233 | FORSTER LAIDLAW FLORIST<br>35028 WOODWARD AVENUE<br>BIRMINGHAM, MI 48009-0932 |
| FRED BARTON COMPANY<br>565 EAST MILWAUKEE<br>DETROIT, MI 48202-3237 | Fifth Third Bank<br>1000 Town Center<br>Southfield, MI 48075-1183 | G E CAPITAL CORP.<br>10 RIVERVIEW DRIVE<br>ATTN: JASON ROSENSTEEL<br>DANBURY, CT 06810-6268 |

| | | |
|---|---|---|
| GE Vendor Financial Services<br>PO Box 642555<br>Pittsburgh, PA 15264-2555 | GERBER COBURN<br>PO BOX 842839<br>BOSTON, MA 02284-2839 | GREAT LAKES COATING LAB<br>1784 LARCHWOOD DRIVE<br>TROY, MI 48083-2223 |
| Gillian, Grace<br>4830 Van Dyke<br>Detroit, MI 48214-1144 | HAGOPIAN FIRE & FLOOD SERVICES<br>14050 WEST EIGHT MILE RD.<br>OAK PARK, MI 48237-3044 | HANTZ BENEFIT SERVICES, LLC.<br>24901 NORTHWESTERN HWY.<br>SUITE 710<br>SOUTHFIELD, MI 48075-2201 |
| HARMON<br>7844 W. CENTRAL AVE.<br>TOLEDO, OH 43617-1530 | HASLER<br>478 WHEELERS FARM ROAD<br>MILFORD, CT 06461-9105 | HEALTH APPLICATIONS NETWORK<br>13700 WATERTOWER CIRCLE<br>PLYMOUTH, MN 55441-3730 |
| HUDSON OPTICAL<br>18 TV-5 DRIVE<br>HENDERSON, NV 89014-2054 | HUNGERFORD & CO.<br>13305 REECK ROAD<br>SOUTHGATE, MI 48195-3197 | HUNTER'S SQUARE<br>31500 NORTHWESTERN HWY.<br>SUITE 300<br>FARMINGTON HILLS, MI 48334-2501 |
| Hanna Fay<br>3326 S. Annabelle<br>Detroit, MI 48217-1106 | Hatter, Angela<br>593 Raskob<br>Pontiac, MI 48340-3038 | Hawk, Mervin<br>23172 Gladhill Lane<br>St. Clair Shores, MI 48080-2521 |
| Hickling, Victoria<br>15593 Joan<br>Southgate, MI 48195-2903 | Holliday, Judith<br>42433 Clinton Pl.<br>Clinton Twp., MI 48038-1630 | Hooper, Courtney<br>20210 Pinehurst<br>Detroit, MI 48221-1085 |
| Hoover, Deborah<br>5928 Robindale<br>Dearborn Hts., MI 48127-3144 | Horne-Nixon, Carolyn<br>23420 Wildwood<br>Oak Park, MI 48237-2425 | Hutchinson, Kimberly<br>53067 Pine creek Dr.<br>Chesterfield, MI 48047-5963 |
| I-DEALOPTICS<br>840 E. LEWISTON<br>FERNDALE, MI 48220-1416 | INLAND DIAMOND PRODUCTS CO.<br>32051 HOWARD AVENUE<br>MADISON HEIGHTS, MI 48071-1473 | INSIGHT EQUITY A..P.X. LP dba<br>VISION-EASE LENS - NW 6083<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6083 |
| James, Valerie<br>22001 Sussex<br>Oak Park, MI 48237-3512 | Jones, Christell<br>453 Bartlett<br>Pontiac, MI 48341-2101 | K & K LAWN & SHRUB SERVICES<br>20026 EAST EIGHT MILE RD.<br>HARPER WOODS, MI 48225-1101 |
| KASPEREK OPTICAL, INC<br>15597 OAKWOOD DRIVE<br>ROMULUS, MI 48174-3656 | KATHERINE ROGERS<br>3353 Clements<br>Detroit, MI 48238-2782 | KBCO ACCOUNTS RECEIVABLE<br>P.O. BOX 4907<br>ENGLEWOOD, CO 80155-4907 |

KUSHNER & COMPANY, INC.
2427 W. CENTER AVE.
PORTAGE, MI 49024-4823

Kilpatrick and Associates, PC
On Behalf of Wayne County Treasurer
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326-2693

King, Candace
30804 Tamarack Dr.
Apartment 36102
Wixom, MI 48393-2744


King, Ethelle
17387 Gateway Circle
Southfield, MI 48075-4704

Kyocera/Wells Fargo Financial
MAC F4031 050
800 Walnut Street
Des Moines, IA 50309-3605

LaBuda-Babiasz, Paula
2405 Casmere
Hamtramck, MI 48212-2948


M & H INSURANCE AGENCY, INC.
28 WEST ADAMS
SUITE 300
DETROIT, MI 48226-1613

MADISON PLACE LLC C/O STUART
FRANKEL DEVELOPMENT CO.
1334 MAPLELAWN DR
TROY, MI 48084-5341

MAILFINANCE
25881 NETWORK PLACE
CHICAGO, IL 60673-1258


MARCHON EYEWEAR, INC
88216 EXPEDITE WAY
CHICAGO, IL 60695-0001

MC KENNA HEATING & COOLING
6417 CENTER DRIVE
STERLING HEIGHTS, MI 48312-2600

MICH AFSCME COUNCIL 25
600 W. LAFAYETTE
SUITE 500 ATTN: BETTY SMITH
DETROIT, MI 48226-3190


MICHIGAN HISPANIC CHAMBER OF
COMMERCE  SUITE 206
24445 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075-2437

MIDDLEBELT PLAZA II LIMITED
PARTNERSHIP
3773 E. ELLSWORTH ROAD
ANN ARBOR, MI 48108-5018

MODERN MIRROR
20809 KRAFT BLVD.
ROSEVILLE, MI 48066-2296


MODERN OPTICAL
585 CONGRESS CIRCLE NORTH
PO BOX 72360
ROSELLE, IL 60172-0360

MOORE JANITORIAL SUPPLY
1930 STEPHENS
WARREN, MI 48091-1659

MUTUAL OF OMAHA INSURANCE CO
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147


Madison Place LLC
1334 Maplelawn
Troy, MI 48084-5341

Marchon Eyewear Inc.
201 Old Country Road
Melville, NY 11747-2731

McGee, Barbara
18461 Ferguson
Detroit, MI 48235-3012


Mcghee, Juanita
3167 S. Waring
Detroit, MI 48217-1042

Middlebelt Plaza II Limited
3773 E. Ellsworth Road
Ann Arbor, MI 48108-5018

N C O PARKING ACQUISITIONS LLC
DEPT. CH 17673
PALATINE, IL 60055-7673


NANO FILM LTD
PO BOX 715410
COLUMBUS, OH 43271-5410

NATIONAL COOPERATIVE BUS ASSOC
1401 NEW YORK AVE NW, STE 1100
WASHINGTON, DC 20005-2160

NCO ACQUISITION LLC
C/O THE FARBMAN GROUP
DEPT. CH 17673
PALATINE, IL 60055-7673


Nesbit, Eleanor
34127 Garfield Cir.
Fraser, MI 48026-1889

OCCUPATIONAL HEALTH CENTERS
P O BOX 5106
SOUTHFIELD, MI 48086-5106

OKEEFE & ASSOCIATES
2 LONE PINE
BLOOMFIELD HILLS, MI 48304-3535

| | | |
|---|---|---|
| OLD NEWSBOYS GOODFELLOWS FUND<br>GOODFELLOW TRIBUTE BREAKFAST<br>P.O. BOX 44444<br>DETROIT, MI 48244-0444 | ON GUARD / C/O HILCO<br>PO BOX 643792<br>PITTSBURGH, PA 15264-3792 | OPTICAL WORKS CORP<br>7259 WEST BORDER<br>PO BOX 1686<br>MUSKOGEE, OK 74402-1686 |
| Optical Works Corporation<br>PO Box 1686<br>Muskogee OK 74402-1686 | PAETEC<br>PO BOX 3243<br>MILWAUKEE, WI 53201-3243 | PANORAMIC LANDSCAPING<br>40575 GRAND RIVER<br>NOVI, MI 48375-2809 |
| PAYNE-PULLIAM DOOR OPENERS<br>SCHOOL OF TRADE & COMMERCE<br>2345 CASS AVE.<br>DETROIT, MI 48201-3305 | PLUNKETT COONEY<br>38505 WOODWARD<br>STE 2000<br>BLOOMFIELD HILLS, MI 48304-5096 | POSTMASTER<br>MT. ELLIOTT STATION<br>5511 E. 7 MILE RD.<br>DETROIT, MI 48234-9998 |
| PRAXAIR DISTRIBUTION INC.<br>DEPT CH 10660<br>PALATINE, IL 60055-0660 | PREMIER VISION<br>1840 NORTH COMMERCE PKWY<br>SUITE 2<br>WESTON, FL 33326-3222 | PRINCIPAL LIFE INSURANCE CO.<br>PO BOX 9394<br>DES MOINES, IA 50306-9394 |
| PRO-MED DELIVERY SERVICE<br>51305 CELESTE<br>SHELBY TWP., MI 48315-2943 | PROFESSIONAL FAMILY EYECARE<br>28825 RYAN ROAD<br>WARREN, MI 48092-4128 | Page, Joan<br>6423 Grandmont<br>Detroit, MI 48228-4722 |
| Paul Fried Esq.<br>PO Box 993<br>Novi, MI 48376-0993 | Phillips, Donna<br>42714 Castle Dr.<br>Canton, MI 48188-1121 | Pollock, Kenneth<br>21393 Parkside<br>Ferndale, MI 48220-2224 |
| REM OPTICAL CO., INC<br>10941 LA TUNA CANYON RD<br>SUN VALLEY, CA 91352-2012 | RGPLP - CLINTON VALLEY MALL<br>PO BOX 350018<br>BOSTON, MA 02241-0518 | RGPLP - Clinton Pointe<br>PO Box 350018<br>Boston, MA 02241-0518 |
| RGPLP- CLINTON VALLEY STRIP<br>P O BOX 350018<br>BOSTON, MA 02241-0518 | RITA EMERSON<br>2345 Oxford Apart 708<br>Berkely, MI 48072 | RLV HUNTER'S SQUARE LP<br>DEPARTMENT# 152001<br>P O BOX 67000<br>DETROIT, MI 48267-1520 |
| RLV Hunter's Square LP<br>Dept # 152001<br>PO Box 67000<br>Detroit, MI 48267-1520 | ROCHESTER EYE CENTER 6618<br>CRITTEN MEDICAL BULIDING<br>1135 W. UNIVERSITY DR, STE 346<br>ROCHESTER, MI 48307-1894 | ROSE MOVING & STORAGE<br>41775 ECORSE ROAD #190<br>BELLEVILLE, MI 48111-5196 |
| Robbins, Theresa<br>22482 Monteray<br>Woodhaven, MI 48183-2240 | SAFILO USA/OPTIQUE DU MONDE<br>801 JEFFERSON ROAD<br>PARSIPPANY, NJ 07054-3710 | SALEM DISTRIBUTING COMPANY<br>P.O. BOX 536731<br>ATLANTA, GA 30353-6731 |

| | | |
|---|---|---|
| SANDRA WEYER<br>50053 WESTCLIFFE SITE 204A<br>SHELBY TWP, MI 48315-3268 | SKO Brenner American Inc.<br>Re: Eastern States Eyewear<br>PO Box 9320<br>Baldwin, NY 11510-9320 | SODERBERG, INC<br>SDS 12-1084<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-1084 |
| SPERIAN PROTECTION OPTICAL<br>P.O. BOX 3916<br>BOSTON, MA 02241-3916 | STEPHEN BREINAGER<br>19320 AFTON<br>DETROIT, MI 48203-1497 | STERLING HEIGHTS REGIONAL<br>CHAMBER<br>12900 HALL RD<br>STERLING HEIGHTS, MI 48313-1148 |
| Smalley, Karl<br>5232 Curtis<br>Dearborn, MI 48126-2843 | Smith, Annette<br>19781 Devonshire Ln<br>Macomb, MI 48044-5769 | Sobel, Robert<br>24510 Radclift<br>Oak Park, MI 48237-1500 |
| Subastian, Carl<br>20618 Indiana<br>Trenton, MI 48183-5020 | TAYLOR OPTICAL SUPPLIES, INC<br>28 WEST ADAMS<br>SUITE 1005<br>DETROIT, MI 48226-1658 | TERMINIX INTERNATIONAL<br>24050 VANCE AVE.<br>HAZEL PARK, MI 48030-1212 |
| THE BURLINGTON TRUST<br>NW 6159<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6159 | THE TIMBERLAND GROUP<br>JOSEPH A. KING<br>6900 EAST 10 MILE ROAD<br>CENTERLINE, MI 48015-1168 | TREASURER, CITY OF DETROIT<br>BLDG. AND SAFETY ENGINEERING<br>402 COLEMAN A. YOUNG CENTER<br>DETROIT, MI 48226-3473 |
| TREASURER, CITY OF DETROIT<br>DEPARTMENT 268301 - PROP.TAX<br>PO BOX 55000<br>DETROIT, MI 48255-2683 | TRINGALI SANITATION, INC<br>33373 DEQUINDRE<br>TROY, MI 48083-4602 | TYLER'S QUARTERLY PUBLICATION<br>P.O. BOX 250406<br>LITTLE ROCK, AR 72225-0406 |
| Tanghe, Charles<br>22205 Gordon<br>St. Clair Shores, MI 48081-1675 | Tatge, Linda<br>46050 Sugarbush<br>Chesterfield, MI 48047-5230 | Terry Meyers<br>PO Box 15965<br>Lenexa, KA 66285-5965 |
| Tracie Jordan Jewell<br>305 Fisher<br>Pontiac, MI 48341-2419 | U. S. SAFETY<br>P.O. BOX 83018<br>CHICAGO, IL 60691-3010 | ULTRA OPTICS<br>SDS 12-1084<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-1084 |
| UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 | UNIVERSITY SPORTS PUBLICATION<br>3588 PLYMOUTH RD<br>DEPT 51<br>ANN ARBOR, MI 48105-2603 | United of Omaha Life Ins. Co.<br>Mutual of Omaha Plaza<br>3-Law Operation<br>Omaha, NE 68175 |
| VENTURE TAPE CORPORATION<br>PO BOX 844133<br>DALLAS, TX 75284-4133 | VIGILANTE SECURITY ALARM<br>2681 INDUSTRIAL ROW DR.<br>TROY, MI 48084-7038 | WARREN CONNER DEVELOPMENT<br>11148 HARPER AVENUE<br>DETROIT, MI 48213-3364 |

| | | |
|---|---|---|
| WAYNE COUNTY TREASURER<br>400 MONROE, STE 520<br>DETROIT, MICHIGAN 48226-2942 | WELLS FARGO FINANCIAL LEASING<br>P O BOX 6434<br>CAROL STREAM, IL 60197-6434 | WILLIAMS, WILLIAMS, RATTNER<br>& PLUNKETT    SUITE# 300<br>380 NORTH OLD WOODWARD AVE.<br>BIRMINGHAM, MI 48009-5322 |
| Watkins, Pamela<br>20195 Pinehurst<br>Detroit, MI 48221-1059 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309-3605 | Weyer, Sandra<br>50053 Westcliffe Ct.<br>#204<br>Shelby Twp., MI 48315-3268 |
| Williams, Laquda<br>14993 Archdale<br>Detroit, MI 48227-1445 | Winiarski, Thaddeus<br>1088 Bloomview Circle<br>Rochester, MI 48307-1728 | YOUNGER OPTICS<br>2925 CALIFORNIA STREET<br>TORRANCE, CA 90503-3914 |
| ZIMCO OPTICS, INC<br>3060 AVENUE U<br>BROOKLYN, NY 11229-5123 | ZYLOWARE CORPORATION<br>8  SLATER STREET<br>PORT CHESTER, NY 10573-4984 | Geoffrey T. Pavlic<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AFSCME Council 25 and Local 1640 | (u)Communications Workers of America, AFL-CIO | (u)Davis Vision, Inc. |
| (u)HM Life Insurance Company | (u)National Integrated Group Pension Plan | (u)RE-HH Lending, Inc. |
| (u)RLV Hunter's Square, L.P. | (u)Ramco-Gershenson Properties, L.P. | (u)Wayne County Treasurer |
| (d)NCO Acquisition, LLC<br>c/o The Farbman Group<br>Dept. CH 17673<br>Palatine, IL 60055-7673 | (d)RGPLP-CLINTON POINTE<br>P.O. BOX 350018<br>BOSTON, MA 02241-0518 | (d)The Burlington Trust<br>NW 6159<br>PO Box 1450<br>Minneapolis, MN 55485-6159 |

| | | |
|---|---|---|
| (u)U.S. Bank, N.A. | (d)Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | End of Label Matrix<br>Mailable recipients 222<br>Bypassed recipients 14<br>Total 236 |