# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:

COOPERATIVE OPTICAL SERVICES, INC.

        Debtor.

_____/

Case No. 12-58623
Chapter 11
Hon. Marci B. McIvor

## <u>MOTION FOR ORDER DISMISSING CASE</u>

The Debtor-in-Possession (the "Debtor"), through its counsel Steinberg Shapiro & Clark, submits this Motion (the "Motion") requesting an order dismissing the case. In support of this Motion, the Debtor states as follows:

### <u>Background</u>

1.      On August 13, 2012, the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

2.      On September 19, 2012, the Court entered the Order Under 11 U.S.C 105(a), 363(b), (f), (l) And (m), And 365 And Fed.R.Bankr.P. 2002, 6004 And 6006 Approving (A) Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims And Encumbrances, (B) Assumption And Assignment Of Certain Executory Contracts And Leases And (C) Related Relief [Docket No. 97] (the "Sale Order")

3.      Pursuant to the Sale Order, Debtor sold substantially all of its assets to WCE LLC, including without limitation:

      a.      all of the furniture, fixtures and equipment and other tangible personal property owned by Debtor together with all computer hardware and software, including all computer systems, servers, memory cards, handheld devices, and all other computer-related equipment (the "Equipment");

      b.      all files, documents, instruments, papers, books, reports, records, tapes, microfilms, photographs, letters, budgets, forecasts, ledgers, journals, title policies, certificates of

title, customer lists, regulatory filings, operating data and plans, technical documentation (including design specifications, functional requirements, operating instructions, logic manuals and flow charts), user documentation (including installation guides, user manuals, training materials, release notes and working papers), marketing documentation (including sales brochures, flyers, pamphlets, and web pages) and other similar materials related to any of the Acquired Assets, in each case whether in electronic or tangible form, services, marketing, advertising, promotional materials, personnel files and all files, customer files and documents (including credit information), supplier lists, records, literature and correspondence, wherever located ("Files and Records");

c.       all intellectual property rights arising from or in respect of the following, in each case that are owned by Seller or in which Seller has any interest (as licensee, licensor or otherwise), and whether protected, created or arising under the laws of the United States or any other jurisdiction, including:  (i) all patents and applications therefor, including continuations, divisionals, continuations-in-part or reissues of patent applications and patents issuing thereon, (ii) all trademarks, service marks, trade names, service names, brand names, trade dress rights, logos, Internet domain names and corporate names and general intangibles of a like nature, together with the goodwill associated with any of the foregoing, and all applications, registrations and renewals therefor, (iii) all copyrights and registrations and applications therefore, works of authorship and mask work rights, (iv) discoveries, concepts, ideas, research and development, know-how, formulae, inventions, compositions, manufacturing and production processes and techniques, technical data, procedures, designs, drawings, specifications, databases, and other proprietary and confidential information, including customer lists, supplier lists, pricing and cost information, and business and marketing plans and proposals of Seller, (v) all computer programs (including any and all software implementations of algorithms, models and methodologies) whether in source code or object code, all databases and compilations (including any and all data and collections of data) whether machine readable or otherwise, all descriptions, flow-charts and other work product used to design, plan, organize and develop any of the foregoing, screens, user interfaces, report formats, firmware, development tools, templates, menus, buttons and icons, and all documentation including user manuals and other training documentation related to any of the foregoing; and (vi) collectively, all designs, formulae, algorithms, procedures, methods, techniques, ideas, know-how, research and development, technical data, programs, subroutines, tools, materials, specifications, processes, inventions (whether patentable or unpatentable and whether or not reduced to practice), apparatus, creations, improvements, works of authorship and other similar materials, and all recordings, graphs, drawings, reports, analyses, and other writings, and other tangible embodiments of the foregoing, in any form whether or not specifically listed herein, and all related technology, that are used in, incorporated in, embodied in, displayed by or relate to, or are used by Seller in connection with the operation of the Business ("Acquired Intellectual Property");

d.       all accounts receivables, trade receivables, notes receivables, and other miscellaneous receivables, whether current or overdue, of Seller ("Accounts Receivables");

e.       medical and patient Records;

f.       goodwill of Debtor as of the Closing;

g.      all inventory of the Debtor, wherever located, including all "inventory" (as defined in the Uniform Commercial Code (the "UCC") as adopted by the State of Michigan) and inventory the sale or other disposition of which has given rise to receivables and which have been returned to or repossessed or stopped in transit by the Seller and all accessions thereto and documents therefor (the "Inventory");

h.      all accounts receivables of the Seller including "accounts" (as defined in the UCC) and all book debts, notes, drafts and other obligations or indebtedness owing to the Debtor arising from the sale, lease or exchange of goods or other property by it and/or the performance of services by the Debtor (the "Accounts");

i.      all additions to and substitutions for any of the Inventory and the Accounts;

j.      all Claims and Actions;

k.      any and all of the proceeds relating to the Inventory, Accounts and Claims;

l.      all Equipment, including machinery, leasehold improvements, furniture, fixtures, furnishings, materials and supplies, data processing hardware, and other personal property, wherever situated;

m.      all of the right, title and interest of Seller in and to all Contracts, leases, agreements and commitments (including sales orders, purchase orders, and quotes);

n.      all of the right, title and interest of Seller in and to all Files and Records, customers lists, customers, marketing data and plans, advertising and display materials, sales literature, promotional material, catalogs, samples, demos and prototypes;

o.      all of the right, title and interest of Seller in and to all original Filesand Records and books relating to the Business;

p.      all of the Seller's rights, claims, defenses, or causes of action against third parties in respect of the Acquired Assets arising out of transactions prior to the Closing;

q.      the Assigned Contracts;

r.      all Avoidance Actions; and

s.      real property, commonly known as:

(i)      18193 East Eight Mile Road, Eastpointe, MI  48021

(ii)      1750 North Telegraph Road, Dearborn, MI  48128

(collectively the "Assets").

4.　　Pursuant to the Sale Order, Debtor closed the sale of the Assets toWCE, LLC.

5.　　As consideration to Debtor for the sale of the Assets, WCE, LLC paid:

     a.　　the secured creditor $5^{th}/3^{rd}$ Bank $174,505.42; and

     b.　　tax lien creditor Wayne County $5,919.51.

6.　　Pursuant to the Sale Order, in addition to the cash paid, WCE, LLC credit bid, in accordance with Section 363(k) of the Bankruptcy Code, an amount equal to the outstanding amount of all interest, principal, fees and costs owed by Debtor on the post-petiton financing claim of RE-HH Holdings, LLC.  As such, no monies flowed into the bankruptcy estate.

7.　　Pursuant to 11 U.S.C. § 1112(b)(1), a case may be dismissed upon a showing of cause.  Pursuant to 11 U.S.C. § 1112(b)(4)(A), cause includes ". . . the absence of a reasonable likelihood of rehabilitation."

8.　　As of the consummation of the sale of the Assets pursuant to the Sale Order, the Debtor had a small amountof cash in its account not in excess of the adminstrative claims owed to its counsel and fees owed to the Office of the United States Trustee.  As such, Debtor has no assets with which to reorganize and no remaining assets of any value to be administered for the benefit of creditors.  *See Affidavit of T. Winiarksi* attached as Exhibit A.

9.　　Without dismissal, Debtor's case will only continue to accrue additional administrative costs with no possibility of paying such costs and with no benefit to creditors.

10.　　Prior to the dismissal of this case, the Debtor will have paid all fees owed to the Office of the United States Trustee.

WHEREFORE, the Debtor requests the Court enter an order dismissing the case.


STEINBERG SHAPIRO & CLARK

/s/ Geoffrey T. Pavlic (P53770)
Attorney for Debtor
25925 Telegraph Rd. Suite 203
Southfield, MI 48033
(248) 352-4700
pavlic@steinbergshapiro.com

Date:   October 19, 2012

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In Re:

COOPERATIVE OPTICAL SERVICES, INC.

      Debtor.

_____/

Case No.  12-58623
Chapter 11
Hon. Marci B. McIvor

### ORDER DISMISSING CASE

This matter having come before the Court on the Debtor's Motion for Order Dismissing the Case, notice of the Motion having been served upon all required parties, no objections having been filed, and the Court being otherwise duly advised in the premise, it is

ORDERED that the Motion is GRANTED, and this case is dismissed effective immediately.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

COOPERATIVE OPTICAL SERVICES, INC.  Case No. 12-58623-MBM
2424 East Eight Mile Road      Chapter 11
Detroit, MI 48234        Hon. Marci B. McIvor
EIN: xx-xxx8142

   Debtor-in-Possession.
_____/

## 21 DAY NOTICE OF MOTION FOR ORDER DISMISSING CASE

   Debtor-in-Possession, Cooperative Optical Services, Inc., has filed papers with the Court for an order dismissing the above-captioned Chapter 11 case. The sale of all the Debtor's assets has been completed, and there is no reason or purpose for these proceedings to continue.

   **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

   If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then within 21 days after service of this notice, you or your attorney must:

   File with the Court a written objection or request for a hearing at:[1]

    **INTAKE OFFICE**
    **U.S. Bankruptcy Court**
    211 West Fort Street, 17th Floor
    Detroit, MI 48226

   If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the 21 day period expires.

   You must also mail a copy to:

    **STEINBERG SHAPIRO & CLARK**
    **c/o Geoffrey T. Pavlic, Esq.**
    25925 Telegraph Road, Suite 203
    Southfield, Michigan 48033
    (248) 352-4700

---

[1]Objection or request for hearing must comply with F.R. Civ.P. 8(b), (c) and (e).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


STEINBERG SHAPIRO & CLARK

/s/ Geoffrey T. Pavlic (P53770)
Attorney for Debtor-in-Possession
25925 Telegraph, Suite 203
Southfield MI 48033
Telephone: (248) 352-4700
pavlic@steinbergshapiro.com


Date: October 19, 2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

COOPERATIVE OPTICAL SERVICES, INC.,       Case No. 12-58623-MBM
                                            Chapter 11

        Debtor.                          Hon. Marci B. McIvor

_____/

## Certificate of Service

The undersigned does hereby certify and say that on October 19, 2012, she served documents as follows:

| | |
|---|---|
| Documents Served: | Notice of Motion for Order Dismissing Case |
| Served Upon: | All Non-ECF Parties on Attached Official Court Matrix |
| Method of Service: | First-Class Mail |

 /s/ Joy L. Brown, Legal Assistant
Steinberg Shapiro & Clark
25925 Telegraph Road
Suite 203
Southfield, MI 48033
248-352-4700

Label Matrix for local noticing
0645-2
Case 12-58623-mbm
Eastern District of Michigan
Detroit
Fri Oct 19 10:03:05 EDT 2012

ADP SCREENING & SELECTION SERVICES
36307 TREASURY CENTER
CHICAGO, IL 60694-6300

ADP, INC.
PO BOX 842875
BOSTON, MA 02284-2875

AEL Financial, LLC
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089-2411

AFLAC WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0002

AL'S SNOW REMOVAL
3645 WESTPOINT
DEARBORN, MI 48124-3281

ALLSHRED SERVICES,INC.
3940 TECHNOLOGY DR.
MAUMEE, OH 43537-9264

AMERITAS LIFE INSURANCE CORP.
PO BOX 81889
LINCOLN, NE 68501-1889

ART OPTICAL CONTACT LENS
P. O. BOX 1848
GRAND RAPIDS, MI 49501-1848

ASCENSUS
PO BOX 36472
NEWARK, NJ 07188-6472

AT &T
P.O. BOX 8100
AURORA, IL 60507-8100

AT&T  YELLOW PAGES
P.O. BOX 8112
AURORA, IL 60507-8112

AUBURN CROSSING ASSOCIATES
PO BOX 993
NOVI, MI 48376-0993

John G. Adam
Martens, Ice, Klass, Legghio & Israel
306 South Washington, Suite 600
Royal Oak, MI 48067-3837

Allan Rein Esq
30400 Telegraph Road
Ste. 373
Bingham Farms, MI 48025-5814

American Federation of State, County
and Municipal Employees, AFL-CIO
Local 1640, Mervin Hawk, President
600 W. Lafayette Blvd., Ste 160
Detroit, MI 48226-3325

Anderson, Anderson
878 Hampton Rd.
Grosse Pte. Woods, MI 48236-1342

Ascensus, Inc.
Attn: Finance Department
415 8th Ave NE
Brainerd, MN 56401-2860

BALLAN EYE CENTER 6620
432 W. UNIVERSITY
ROCHESTER, MI 48307-1972

BANK OF AMERICA
TAX ID# 94-1687665
PO BOX 402742
ATLANTA, GA 30384-2742

BAUSCH & LOMB INC.
CONTACT LENS DIVISION
P.O.  BOX 92204
CHICAGO, IL 60675-2204

BLUE CARE NETWORK OF MI
PO Box 33608
Detroit, MI 48232-5608

BLUE CROSS BLUE SHIELD OF MI
PO BOX  366
DETROIT, MI 48231

BOARD OF WATER COMMISSIONERS
P. O. BOX 32711
DETROIT, MI 48232-0711

BRESSER'S CROSS INDEX DIRECTORY CO.
684 W. BALTIMORE
DETROIT, MI 48202-2998

BULBTRONICS
10 W SQUARE LAKE RD, SUITE 102
BLOOMFIELD HILLS, MI 48302-0466

Bahorski, Laura
13428 Yvonne Dr.
Warren, MI 48088-4752

Barnes, John
22720 Tulane
Farmington Hills, MI 48336-3659

Belmont & Mapleview Apartments LLC
PO Box 951
Southfield, MI 48037-0951

David M. Blau
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009-6103

Bonrostro, Manuel
2668 Rainbow
Troy, MI 48083-5730

Bounds, Nataki
19505 Ilene
Detroit, MI 48221-1447

Brady, James
437 Essex
Clawson, MI 48017-1704

Brooks, Naimah
29251 Point O Woods
Apartment 207
Southfield, MI 48034-1250

Melissa C. Brown
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503-2306

C C SYSTEMS, INC
13135 66TH STREET N
LARGO, FL 33773-1812

CANDACE KING
30804 Tamarack Ave.
Apt 36103
Wixom, MI 48393-2744

CARL ZEISS VISION INC.
12121 SCRIPPS SUMMIT DRIVE
SUITE 400
SAN DIEGO, CA 92131-4609

CHARMANT GROUP INC, USA
400 AMERICAN ROAD
MORRIS PLAINS, NJ 07950-2461

CIBA VISION CORPORATION
PNC BANK / LOCKBOX
3714 SOLUTIONS CENTER
CHICAGO, IL 60677-3007

CINTAS
P O BOX 630910
CINCINNATI, OH 45263-0910

CITY OF AUBURN HILLS
1827 N. SQUIRREL ROAD
AUBURN HILLS, MI 48326-2753

CITY OF DEARBORN
P. O. BOX 730
DEARBORN, MI 48121-0730

CITY OF DETROIT
PROPERTY TAXES
PO BOX 33523
DETROIT, MI  48232-5523

CITY OF EASTPOINTE
23200 GRATIOT
EASTPOINTE, MI 48021-1683

CITY OF SOUTHGATE
14400 DIX-TOLEDO
SOUTHGATE, MI 48195-2598

CITY OF STERLING HTS - WATER
PO BOX 55000
STERLING HGTS, MI 48311-8009

CLASSIC OPTICAL
3710 BELMONT AVENUE
YOUNGSTOWN, OH 44505-1406

CLEARVISION
425 RABRO DRIVE
SUITE2
HAUPPAUGE, NY 11788-4245

CLINTON CHAPEL AME ZION CHURCH
3401 23 RD
DETROIT, MI 48208-2400

COLORS IN OPTICS
366 5TH AVENUE
SUITE 1003
NEW YORK, NY 10001-2211

COMCAST CABLEVISION OF DETROIT
12775 LYNDON
ACCT#06105 322135-1
DETROIT, MI 48227-3982

COMMUNITY CARING PROGRAM
27800 GEORGE MERRELL DR.
U A W REGION 1
WARREN, MI 48092-2767

COMMUNITY CARING PROGRAM
27800 GEORGE MERRELLI DRIVE
WARREN, MI 48092-2767

COMPASS SELF STORAGE
UNITS 4009-4012
32968 GROESBECK HWY.
FRASER, MI 48026-3154

CONCENTRA HEALTH CENTERS
PO BOX 5106
SOUTHFIELD, MI 48086-5106

CONSUMERS ENERGY
LANSING, MI 48937-0001

CONSUMERS ENERGY COMPANY
Attn: Michael G. Wilson
One Energy Plaza
Jackson, MI 49201-2357

COOPERVISION INC
P.O. BOX 145409
CINCINNATI, OH 45250-5409

City of Detroit, Treasurer
c/o Law Department
660 Woodward Ave
Ste. 1800
Detroit, MI 48226-3587

Clark, Nioka
10275 Balfour
Detroit, MI 48224-1801

Mary Beth Cobbs
City of Detroit Law Department
660 Woodward Ave.
Suite 1650
Detroit, MI 48226-3519

Communication Workers of America
AFL-CIO, Local 4100
Greg Wynn, President
2441 W. Grand Blvd.
Detroit, MI 48208-1259

Communication Workers of America 4100
c/o Stuart M Israel Esq
Legghio & Israel PC
306 S Washington Ste. 600
Royal Oak, MI 48067-3837

Compulink
2645 Townsgate Road
Ste. 200
Westlake Village, CA 91361-2722

Cooperative Optical Services, Inc.
2424 East Eight Mile Road
Detroit, MI 48234-1010

DAVIS VISION
159 EXPRESS STREET
P.O. BOX 9104
PLAINVIEW, NY 11803-9004

DELTA OPTICAL SUPPLY
496 HARWOOD CT.
OXFORD, MI 48371-4428

DENISE MADEJ
2959 Syckelmoore
Trenton, MI 48183-3551

DETROIT ASSOCIATION OF BLACK
ORGANIZATIONS - D A B O
12048 GRAND RIVER
DETROIT, MI 48204-1836

DETROIT FEDERATION OF TEACHERS
2875  W. GRAND BLVD.
DETROIT, MI 48202-2627

DIGITAL OFFICE SYSTEMS
7610 MARKET DRIVE
CANTON, MI 48187-2441

DISHON WHITE
16500 Bringard
Detroit, MI 48205-1552

DIVERSIFIED OPHTHALMICS, INC
250 MC COLLOUGH ST
ATTN: JANET
CINCINNATI, OH 45226-2145

DR. CHARLES BENJAMIN
4062 Overlea Lane
Bloomfield Hills, MI 48302-4033

DR. WILLIAM GOLDSTEIN, M.D.
47670 VAN DYKE
SHELBY TOWNSHIP, MI 48317-3302

DTE ENERGY
P O BOX 740786
CINCINNATI, OH 45274-0786

DYNAMIC LABORATORIES, INC.
30 HAYNES COURT
RONKONKOMA, NY 11779-7220

Shannon L. Deeby
Clark Hill PLC
500 Woodward
Suite 3500
Detroit, MI 48226-3435

Drennan, Steve
30140 Morlock St.
Livonia, MI 48152-1866

Driscoll, Jaimin
18023 Ash
Eastpointe, MI 48021-2721

EASTERN STATES EYEWEAR
33 HEMPSTEAD TURNPIKE
ELMONT, NY 11003-1591

EASTMAN FIRE PROTECTION, INC.
1450 SOUTER
TROY, MI 48083-2824

EYE CENTER OF SOUTHFIELD
29255 NORTHWESTERN HWY
SUITE 302
SOUTHFIELD, MI 48034-5742

EYE Q EYEWEAR
7 OCTOBER HILL ROAD
HOLLISTON, MA 01746-1308

Edwards, Benjamin
30725 Woodgate Dr.
Southfield, MI 48076-5388

Zachary James Eskau
39533 Woodward Avenue
Suite 200
Bloomfield Hills, MI 48304-5103

FALCON ATHLETIC CLUB
31740 GLENCORE DR.
SCOTT MORLEY
BEVERLY HILLS, MI 48025-5620

FISH WINDOW CLEANING  UTICA
P O BOX 180073
UTICA OFFICE
UTICA, MI 48318-0073

FISH WINDOW CLEANING  W. BLOOM
P O BOX 251302
WEST BLOOMFIELD OFFICE
WEST BLOOMFIELD, MI 48325-1302

```
FISH WINDOW CLEANING EASTPTE          FORSTER LAIDLAW FLORIST        FRED BARTON COMPANY
25801 HARPER AVENUE  STE 7            35028 WOODWARD AVENUE          565 EAST MILWAUKEE
EASTPOINTE OFFICE                     BIRMINGHAM, MI 48009-0932      DETROIT, MI 48202-3237
ST. CLAIR SHORES, MI 48081-2233


Farbman Management Group             Fifth Third Bank               Fifth Third Bank
c/o Weltman, Weinberg & Reis         c/o Zachary J. Eskau, Esq.     1000 Town Center
323 W. Lakeside Ave. ste 200         Dawda, Mann, Mulcahy & Sadler, PLC   Southfield, MI 48075-1183
Cleveland, Oh 44113-1009             39533 Woodward Avenue, Suite 200
                                     Bloomfield Hills, MI 48304-5103


Keith Flynn                          G E CAPITAL CORP.              GE Vendor Financial Services
600 W. Lafayette Blvd.               10 RIVERVIEW DRIVE            PO Box 642555
Fourth Floor                         ATTN: JASON ROSENSTEEL        Pittsburgh, PA 15264-2555
Detroit, MI 48226-2711               DANBURY, CT 06810-6268


GERBER COBURN                        GREAT LAKES COATING LAB       Gillian, Grace
PO BOX  842839                       1784 LARCHWOOD DRIVE          4830 Van Dyke
BOSTON, MA 02284-2839                TROY, MI 48083-2223           Detroit, MI 48214-1144


HAGOPIAN FIRE & FLOOD SERVICES       HANTZ BENEFIT SERVICES, LLC.  HARMON
14050 WEST EIGHT MILE RD.            24901 NORTHWESTERN HWY.       7844 W. CENTRAL AVE.
OAK PARK, MI 48237-3044              SUITE 710                     TOLEDO, OH 43617-1530
                                     SOUTHFIELD, MI 48075-2201


HASLER                               HEALTH APPLICATIONS NETWORK   HUDSON OPTICAL
478 WHEELERS FARM ROAD               13700 WATERTOWER CIRCLE       18 TV-5 DRIVE
MILFORD, CT 06461-9105               PLYMOUTH, MN 55441-3730       HENDERSON, NV 89014-2054


HUNGERFORD & CO.                     HUNTER'S SQUARE               Hanna Fay
13305 REECK ROAD                     31500 NORTHWESTERN HWY.       3326 S. Annabelle
SOUTHGATE, MI 48195-3197             SUITE 300                     Detroit, MI 48217-1106
                                     FARMINGTON HILLS, MI 48334-2501


Hatter, Angela                       Hawk, Mervin                  Hickling, Victoria
593 Raskob                           23172 Gladhill Lane           15593 Joan
Pontiac, MI 48340-3038               St. Clair Shores, MI 48080-2521   Southgate, MI 48195-2903


Holliday, Judith                     Hooper, Courtney              Hoover, Deborah
42433 Clinton Pl.                    20210 Pinehurst              5928 Robindale
Clinton Twp., MI 48038-1630          Detroit, MI 48221-1085        Dearborn Hts., MI 48127-3144


Horne-Nixon, Carolyn                 Hutchinson, Kimberly          I-DEALOPTICS
23420 Wildwood                       53067 Pine creek Dr.          840 E. LEWISTON
Oak Park, MI 48237-2425              Chesterfield, MI 48047-5963   FERNDALE, MI 48220-1416
```

INLAND DIAMOND PRODUCTS CO.
32051 HOWARD AVENUE
MADISON HEIGHTS, MI 48071-1473

INSIGHT EQUITY A..P.X. LP dba
VISION-EASE LENS - NW 6083
PO BOX 1450
MINNEAPOLIS, MN 55485-6083

James, Valerie
22001 Sussex
Oak Park, MI 48237-3512

Jones, Christell
453 Bartlett
Pontiac, MI 48341-2101

K & K LAWN & SHRUB SERVICES
20026 EAST EIGHT MILE RD.
HARPER WOODS, MI 48225-1101

KASPEREK OPTICAL, INC
15597 OAKWOOD DRIVE
ROMULUS, MI 48174-3656

KATHERINE ROGERS
3353 Clements
Detroit, MI 48238-2782

KBCO ACCOUNTS RECEIVABLE
P.O. BOX 4907
ENGLEWOOD, CO 80155-4907

KUSHNER & COMPANY, INC.
2427 W. CENTER AVE.
PORTAGE, MI 49024-4823

Mami Kato
1000 Farmer Street
Detroit, MI 48226-2834

Richardo I. Kilpatrick
903 N. Opdyke Rd.
Suite C
Auburn Hills, MI 48326-2693

Kilpatrick and Associates, PC
On Behalf of Wayne County Treasurer
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326-2693

King, Candace
30804 Tamarack Dr.
Apartment 36102
Wixom, MI 48393-2744

King, Ethelle
17387 Gateway Circle
Southfield, MI 48075-4704

Kyocera/Wells Fargo Financial
MAC F4031 050
800 Walnut Street
Des Moines, IA 50309-3605

LaBuda-Babiasz, Paula
2405 Casmere
Hamtramck, MI 48212-2948

David A. Lerner
38505 Woodward Ave.
Suite 2000
Bloomfield Hills, MI 48304-5096

M & H INSURANCE AGENCY, INC.
28 WEST ADAMS
SUITE 300
DETROIT, MI 48226-1613

MADISON PLACE LLC C/O STUART
FRANKEL DEVELOPMENT CO.
1334 MAPLELAWN DR
TROY, MI 48084-5341

MAILFINANCE
25881 NETWORK PLACE
CHICAGO, IL 60673-1258

MARCHON EYEWEAR, INC
88216  EXPEDITE WAY
CHICAGO, IL 60695-0001

MC KENNA HEATING & COOLING
6417 CENTER DRIVE
STERLING HEIGHTS, MI 48312-2600

MICH AFSCME COUNCIL 25
600 W. LAFAYETTE
SUITE 500  ATTN: BETTY SMITH
DETROIT, MI 48226-3190

MICHIGAN HISPANIC CHAMBER OF
COMMERCE  SUITE 206
24445 NORTHWESTERN HWY.
SOUTHFIELD, MI 48075-2437

MIDDLEBELT PLAZA II LIMITED
PARTNERSHIP
3773 E. ELLSWORTH ROAD
ANN ARBOR, MI 48108-5018

MODERN MIRROR
20809 KRAFT BLVD.
ROSEVILLE, MI 48066-2296

MODERN OPTICAL
585 CONGRESS CIRCLE NORTH
PO BOX 72360
ROSELLE, IL 60172-0360

MOORE JANITORIAL SUPPLY
1930 STEPHENS
WARREN, MI 48091-1659

MUTUAL OF OMAHA INSURANCE CO
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147

Madison Place LLC
1334 Maplelawn
Troy, MI 48084-5341

Marchon Eyewear Inc.
201 Old Country Road
Melville, NY 11747-2731

McGee, Barbara
18461 Ferguson
Detroit, MI 48235-3012

Mcghee, Juanita
3167 S. Waring
Detroit, MI 48217-1042


Middlebelt Plaza II Limited
3773 E. Ellsworth Road
Ann Arbor, MI 48108-5018

N C O PARKING ACQUISITIONS LLC
DEPT. CH 17673
PALATINE, IL 60055-7673

NANO FILM LTD
PO BOX 715410
COLUMBUS, OH 43271-5410


NATIONAL COOPERATIVE BUS ASSOC
1401 NEW YORK AVE NW, STE 1100
WASHINGTON, DC 20005-2160

NCO ACQUISITION LLC
C/O THE FARBMAN GROUP
DEPT. CH 17673
PALATINE, IL 60055-7673

Nesbit, Eleanor
34127 Garfield Cir.
Fraser, MI 48026-1889


OCCUPATIONAL HEALTH CENTERS
P O BOX 5106
SOUTHFIELD, MI 48086-5106

OKEEFE & ASSOCIATES
2 LONE PINE
BLOOMFIELD HILLS, MI 48304-3535

OLD NEWSBOYS GOODFELLOWS FUND
GOODFELLOW TRIBUTE BREAKFAST
P.O. BOX 44444
DETROIT, MI 48244-0444


ON GUARD  / C/O HILCO
PO BOX 643792
PITTSBURGH, PA 15264-3792

OPTICAL WORKS CORP
7259 WEST BORDER
PO BOX 1686
MUSKOGEE, OK 74402-1686

Optical Works Corporation
PO Box 1686
Muskogee OK 74402-1686


PAETEC
PO BOX 3243
MILWAUKEE, WI 53201-3243

PANORAMIC LANDSCAPING
40575 GRAND RIVER
NOVI, MI 48375-2809

PAYNE-PULLIAM DOOR OPENERS
SCHOOL OF TRADE & COMMERCE
2345 CASS AVE.
DETROIT, MI 48201-3305


PLUNKETT COONEY
38505 WOODWARD
STE 2000
BLOOMFIELD HILLS, MI 48304-5096

POSTMASTER
MT. ELLIOTT STATION
5511 E. 7 MILE RD.
DETROIT, MI 48234-9998

PRAXAIR DISTRIBUTION INC.
DEPT CH 10660
PALATINE, IL 60055-0660


PREMIER VISION
1840 NORTH COMMERCE PKWY
SUITE 2
WESTON, FL 33326-3222

PRINCIPAL LIFE INSURANCE CO.
PO BOX 9394
DES MOINES, IA 50306-9394

PRO-MED DELIVERY SERVICE
51305 CELESTE
SHELBY TWP., MI 48315-2943


PROFESSIONAL FAMILY EYECARE
28825 RYAN ROAD
WARREN, MI 48092-4128

Page, Joan
6423 Grandmont
Detroit, MI 48228-4722

Paul Fried Esq.
PO Box 993
Novi, MI 48376-0993


Geoffrey T. Pavlic
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

Phillips, Donna
42714 Castle Dr.
Canton, MI 48188-1121

Plunkett Cooney
c/o David A. Lerner, Esq.
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-5096

Pollock, Kenneth
21393 Parkside
Ferndale, MI 48220-2224

REM OPTICAL CO., INC
10941 LA TUNA CANYON RD
SUN VALLEY, CA 91352-2012

RGPLP - CLINTON VALLEY MALL
PO BOX 350018
BOSTON, MA 02241-0518

RGPLP - Clinton Pointe
PO Box 350018
Boston, MA 02241-0518

RGPLP- CLINTON VALLEY STRIP
P O BOX 350018
BOSTON, MA 02241-0518

RITA EMERSON
2345 Oxford Apart 708
Berkely, MI 48072

RLV HUNTER'S SQUARE LP
DEPARTMENT# 152001
P O BOX 67000
DETROIT, MI 48267-1520

RLV Hunter's Square LP
Dept # 152001
PO Box 67000
Detroit, MI 48267-1520

ROCHESTER EYE CENTER 6618
CRITTEN MEDICAL BULIDING
1135 W. UNIVERSITY DR, STE 346
ROCHESTER, MI 48307-1894

ROSE MOVING & STORAGE
41775 ECORSE ROAD #190
BELLEVILLE, MI 48111-5196

Robbins, Theresa
22482 Monteray
Woodhaven, MI 48183-2240

SAFILO USA/OPTIQUE DU MONDE
801 JEFFERSON ROAD
PARSIPPANY, NJ 07054-3710

SALEM DISTRIBUTING COMPANY
P.O. BOX 536731
ATLANTA, GA 30353-6731

SANDRA WEYER
50053 WESTCLIFFE  SITE 204A
SHELBY TWP, MI 48315-3268

SKO Brenner American Inc.
Re: Eastern States Eyewear
PO Box 9320
Baldwin,  NY 11510-9320

SODERBERG, INC
SDS 12-1084
PO BOX 86
MINNEAPOLIS, MN 55486-1084

SPERIAN PROTECTION OPTICAL
P.O. BOX 3916
BOSTON, MA 02241-3916

STEPHEN BREINAGER
19320 AFTON
DETROIT, MI 48203-1497

STERLING HEIGHTS REGIONAL
CHAMBER
12900 HALL RD
STERLING HEIGHTS, MI 48313-1148

Shannon L. Deeby
c/o Clark Hill PLC
151 South Woodward Avenue
Suite 200
Birmingham, MI 48009-6103

Mark H. Shapiro
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

Smalley, Karl
5232 Curtis
Dearborn, MI 48126-2843

Smith, Annette
19781 Devonshire Ln
Macomb, MI 48044-5769

Sobel, Robert
24510 Radclift
Oak Park, MI 48237-1500

Subastian, Carl
20618 Indiana
Trenton, MI 48183-5020

TAYLOR OPTICAL SUPPLIES, INC
28 WEST ADAMS
SUITE 1005
DETROIT, MI 48226-1658

TERMINIX INTERNATIONAL
24050 VANCE AVE.
HAZEL PARK, MI 48030-1212

THE BURLINGTON TRUST
NW 6159
PO  BOX 1450
MINNEAPOLIS, MN 55485-6159

THE TIMBERLAND GROUP
JOSEPH A. KING
6900 EAST 10  MILE ROAD
CENTERLINE, MI 48015-1168

TREASURER,  CITY OF DETROIT
BLDG. AND SAFETY ENGINEERING
402 COLEMAN A. YOUNG CENTER
DETROIT, MI 48226-3473

TREASURER, CITY OF DETROIT
DEPARTMENT 268301 - PROP.TAX
PO BOX 55000
DETROIT, MI 48255-2683

TRINGALI SANITATION, INC
33373 DEQUINDRE
TROY, MI 48083-4602

TYLER'S QUARTERLY PUBLICATION
P.O. BOX 250406
LITTLE ROCK, AR 72225-0406

Tanghe, Charles
22205 Gordon
St. Clair Shores, MI 48081-1675

Tatge, Linda
46050 Sugarbush
Chesterfield, MI 48047-5230

Terry Meyers
PO Box 15965
Lenexa, KA 66285-5965

Sheryl L. Toby
39577 Woodward Avenue
Third Floor
Bloomfield Hills, MI 48304-5082

Tracie Jordan Jewell
305 Fisher
Pontiac, MI 48341-2419

U. S. SAFETY
P.O. BOX 83018
CHICAGO, IL 60691-3010

ULTRA OPTICS
SDS 12-1084
PO BOX 86
MINNEAPOLIS, MN 55486-1084

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

UNIVERSITY SPORTS PUBLICATION
3588 PLYMOUTH RD
DEPT 51
ANN ARBOR, MI 48105-2603

United of Omaha Life Ins. Co.
Mutual of Omaha Plaza
3-Law Operation
Omaha, NE 68175

VENTURE TAPE CORPORATION
PO BOX 844133
DALLAS, TX 75284-4133

VIGILANTE SECURITY ALARM
2681 INDUSTRIAL ROW DR.
TROY, MI 48084-7038

WARREN CONNER DEVELOPMENT
11148 HARPER AVENUE
DETROIT, MI 48213-3364

WAYNE COUNTY TREASURER
400 MONROE, STE 520
DETROIT, MICHIGAN 48226-2942

WELLS FARGO FINANCIAL LEASING
P O BOX 6434
CAROL STREAM, IL 60197-6434

WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT     SUITE# 300
380 NORTH OLD WOODWARD AVE.
BIRMINGHAM, MI 48009-5322

Watkins, Pamela
20195 Pinehurst
Detroit, MI 48221-1059

Robert A. Weisberg
4111 Andover Road
West-Second Floor
Bloomfield Hills, MI 48302-1909

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309-3605

Weyer, Sandra
50053 Westcliffe Ct.
#204
Shelby Twp., MI 48315-3268

Williams, Laquda
14993 Archdale
Detroit, MI 48227-1445

Winiarski, Thaddeus
1088 Bloomview Circle
Rochester, MI 48307-1728

YOUNGER OPTICS
2925 CALIFORNIA STREET
TORRANCE, CA 90503-3914

ZIMCO OPTICS, INC
3060 AVENUE U
BROOKLYN, NY 11229-5123

ZYLOWARE CORPORATION
8  SLATER STREET
PORT CHESTER, NY 10573-4984

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AFSCME Council 25 and Local 1640

(u)Communications Workers of America, AFL-CIO

(u)Davis Vision, Inc.

(u)HM Life Insurance Company

(d)NCO Acquisition, LLC
c/o The Farbman Group
Dept. CH 17673
Palatine, IL 60055-7673

(u)National Integrated Group Pension Plan

(u)RE-HH Lending, Inc.

(d)RGPLP-CLINTON POINTE
P.O. BOX 350018
BOSTON, MA 02241-0518

(u)RLV Hunter's Square, L.P.

(u)Ramco-Gershenson Properties, L.P.

(d)Mark H. Shapiro
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

(d)The Burlington Trust
NW 6159
PO Box 1450
Minneapolis, MN 55485-6159

(u)U.S. Bank, N.A.

(u)Wayne County Treasurer

End of Label Matrix
Mailable recipients    237
Bypassed recipients     14
Total                  251

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

COOPERATIVE OPTICAL SERVICES, INC.

Case No.   12-58623
Chapter 11
Hon. Marci B. McIvor

Debtor.

_____/

## AFFIDAVIT OF THADDEUS J. WINIARSKI

Thaddeus J. Winiarski, being duly sworn, deposes and says:

1.      I am the Chief Financial Officer of Cooperative Optical Services, Inc., the

above-captioned debtor (the "Debtor" or the "Company").

2.      I have been associated with the Company since April 2005, and am familiar with

the Company's day-to-day operations, business affairs, books and records.

3.      On August 13, 2012, the Debtor filed its voluntary petition for relief under chapter

11 of the Bankruptcy Code (the "Chapter 11 Case").

4.      On September 19, 2012, the Court entered the Order Under 11 U.S.C 105(a),

363(b), (f), (l) And (m), And 365 And Fed.R.Bankr.P. 2002, 6004 And 6006 Approving (A) Sale

Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims And Encumbrances,

(B) Assumption And Assignment Of Certain Executory Contracts And Leases And (C) Related

Relief [Docket No. 97] (the "Sale Order")

5.      Pursuant to the Sale Order, Debtor sold substantially all of its assets to WCE LLC,

including without limitation:

        a.      all of the furniture, fixtures and equipment and other tangible personal
property owned by Debtor together with all computer hardware and software, including all
computer systems, servers, memory cards, handheld devices, and all other computer-related
equipment (the "Equipment");

1

b.      all files, documents, instruments, papers, books, reports, records, tapes, microfilms, photographs, letters, budgets, forecasts, ledgers, journals, title policies, certificates of title, customer lists, regulatory filings, operating data and plans, technical documentation (including design specifications, functional requirements, operating instructions, logic manuals and flow charts), user documentation (including installation guides, user manuals, training materials, release notes and working papers), marketing documentation (including sales brochures, flyers, pamphlets, and web pages) and other similar materials related to any of the Acquired Assets, in each case whether in electronic or tangible form, services, marketing, advertising, promotional materials, personnel files and all files, customer files and documents (including credit information), supplier lists, records, literature and correspondence, wherever located ("Files and Records");

c.      all intellectual property rights arising from or in respect of the following, in each case that are owned by Seller or in which Seller has any interest (as licensee, licensor or otherwise), and whether protected, created or arising under the laws of the United States or any other jurisdiction, including:   (i) all patents and applications therefor, including continuations, divisionals, continuations-in-part or reissues of patent applications and patents issuing thereon, (ii) all trademarks, service marks, trade names, service names, brand names, trade dress rights, logos, Internet domain names and corporate names and general intangibles of a like nature, together with the goodwill associated with any of the foregoing, and all applications, registrations and renewals therefor, (iii) all copyrights and registrations and applications therefore, works of authorship and mask work rights, (iv) discoveries, concepts, ideas, research and development, know-how, formulae, inventions, compositions, manufacturing and production processes and techniques, technical data, procedures, designs, drawings, specifications, databases, and other proprietary and confidential information, including customer lists, supplier lists, pricing and cost information, and business and marketing plans and proposals of Seller, (v) all computer programs (including any and all software implementations of algorithms, models and methodologies) whether in source code or object code, all databases and compilations (including any and all data and collections of data) whether machine readable or otherwise, all descriptions, flow-charts and other work product used to design, plan, organize and develop any of the foregoing, screens, user interfaces, report formats, firmware, development tools, templates, menus, buttons and icons, and all documentation including user manuals and other training documentation related to any of the foregoing; and (vi) collectively, all designs, formulae, algorithms, procedures, methods, techniques, ideas, know-how, research and development, technical data, programs, subroutines, tools, materials, specifications, processes, inventions (whether patentable or unpatentable and whether or not reduced to practice), apparatus, creations, improvements, works of authorship and other similar materials, and all recordings, graphs, drawings, reports, analyses, and other writings, and other tangible embodiments of the foregoing, in any form whether or not specifically listed herein, and all related technology, that are used in, incorporated in, embodied in, displayed by or relate to, or are used by Seller in connection with the operation of the Business ("Acquired Intellectual Property");

d.      all accounts receivables, trade receivables, notes receivables, and other miscellaneous receivables, whether current or overdue, of Seller ("Accounts Receivables");

e.      medical and patient Records;

2

f.       goodwill of Debtor as of the Closing;

g.       all inventory of the Debtor, wherever located, including all "inventory" (as defined in the Uniform Commercial Code (the "UCC") as adopted by the State of Michigan) and inventory the sale or other disposition of which has given rise to receivables and which have been returned to or repossessed or stopped in transit by the Seller and all accessions thereto and documents therefor (the "Inventory");

h.       all accounts receivables of the Seller including "accounts" (as defined in the UCC) and all book debts, notes, drafts and other obligations or indebtedness owing to the Debtor arising from the sale, lease or exchange of goods or other property by it and/or the performance of services by the Debtor (the "Accounts");

i.       all additions to and substitutions for any of the Inventory and the Accounts;

j.       all Claims and Actions;

k.       any and all of the proceeds relating to the Inventory, Accounts and Claims;

l.       all Equipment, including machinery, leasehold improvements, furniture, fixtures, furnishings, materials and supplies, data processing hardware, and other personal property, wherever situated;

m.       all of the right, title and interest of Seller in and to all Contracts, leases, agreements and commitments (including sales orders, purchase orders, and quotes);

n.       all of the right, title and interest of Seller in and to all Files and Records, customers lists, customers, marketing data and plans, advertising and display materials, sales literature, promotional material, catalogs, samples, demos and prototypes;

o.       all of the right, title and interest of Seller in and to all original Files and Records and books relating to the Business;

p.       all of the Seller's rights, claims, defenses, or causes of action against third parties in respect of the Acquired Assets arising out of transactions prior to the Closing;

q.       the Assigned Contracts;

r.       all Avoidance Actions; and

3

s.  real property, commonly known as:

  (i)  18193 East Eight Mile Road, Eastpointe, MI  48021

  (ii)  1750 North Telegraph Road, Dearborn, MI  48128

(collectively the "Assets").

7.  Pursuant to the Sale Order, Debtor closed the sale of the Assets to WCE, LLC.

8.  As of the consummation of the sale of the Assets pursuant to the Sale Order, the Debtor had a small amount of cash in its account not excess of the administrative claims owed to its counsel and fees owed to the Office of the United States Trustee.

9.  As such, Debtor has no assets with which to reorganize and no remaining assets of any value to be administered for the benefit of creditors.

_J. Winiarski_

Thaddeus J. Winiarski

The foregoing instrument was acknowledged before me by Thaddeus J. Winiarski this __17__ day of October, 2012.

_Nataki A. Bounds_
, Notary Public
_Wayne_ County, Michigan
My commission expires: __2·12·2018__

Nataki Aminata Bounds
Notary Public of Michigan
Wayne County
Expires 02/12/2018
Acting in the County of _____