Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **12−58623−mbm**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Cooperative Optical Services, Inc.
    2424 East Eight Mile Road
    Detroit, MI 48234

Social Security No.:

Employer's Tax I.D. No.:
    38−2368142

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case** was entered on **12/20/12**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 12/20/12

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                    Case No. 12-58623-mbm
Cooperative Optical Services, Inc.                                        Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: dcunn                  Page 1 of 6             Date Rcvd: Dec 20, 2012
                              Form ID: ntcdsm             Total Noticed: 226

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
dbpos        +Cooperative Optical Services, Inc.,    2424 East Eight Mile Road,     Detroit, MI 48234-1010
21379317      ADP SCREENING & SELECTION SERVICES,    36307 TREASURY CENTER,     CHICAGO, IL 60694-6300
21379318      ADP, INC.,    PO BOX 842875,    BOSTON, MA 02284-2875
21379319     +AEL Financial, LLC,    600 N. Buffalo Grove Road,     Buffalo Grove, IL 60089-2411
21379320     +AFLAC WORLDWIDE HEADQUARTERS,    1932 WYNNTON ROAD,     COLUMBUS, GA 31999-0002
21379321     +AL'S SNOW REMOVAL,    3645 WESTPOINT,    DEARBORN, MI 48124-3281
21379323     +ALLSHRED SERVICES,INC.,    3940 TECHNOLOGY DR.,     MAUMEE, OH 43537-9264
21379324      AMERITAS LIFE INSURANCE CORP.,    PO BOX 81889,     LINCOLN, NE 68501-1889
21379326      ART OPTICAL CONTACT LENS,    P. O. BOX 1848,    GRAND RAPIDS, MI 49501-1848
21379327      ASCENSUS,   PO BOX 36472,    NEWARK, NJ 07188-6472
21379330      AUBURN CROSSING ASSOCIATES,    PO BOX 993,    NOVI, MI 48376-0993
21379322     +Allan Rein Esq,    30400 Telegraph Road,    Ste. 373,    Bingham Farms, MI 48025-5814
21407643     +American Federation of State, County,     and Municipal Employees, AFL-CIO,
               Local 1640, Mervin Hawk, President,     600 W. Lafayette Blvd., Ste 160,     Detroit, MI 48226-3325
21379325     +Anderson, Anderson,    878 Hampton Rd.,    Grosse Pte. Woods, MI 48236-1342
21437966     +Ascensus, Inc.,    Attn: Finance Department,     415 8th Ave NE,    Brainerd, MN 56401-2860
21379332     +BALLAN EYE CENTER 6620,    432 W. UNIVERSITY,    ROCHESTER, MI 48307-1972
21379333      BANK OF AMERICA,    TAX ID# 94-1687665,    PO BOX 402742,    ATLANTA, GA 30384-2742
21379335      BAUSCH & LOMB INC.,    CONTACT LENS DIVISION,    P.O. BOX 92204,    CHICAGO, IL 60675-2204
21379337      BLUE CARE NETWORK OF MI,    PO Box 33608,    Detroit, MI 48232-5608
21379338      BLUE CROSS BLUE SHIELD OF MI,    PO BOX 366,    DETROIT, MI 48231
21379344     +BRESSER'S CROSS INDEX DIRECTORY CO.,     684 W. BALTIMORE,    DETROIT, MI 48202-2998
21379346      BULBTRONICS,    10 W SQUARE LAKE RD, SUITE 102,     BLOOMFIELD HILLS, MI 48302-0466
21379331     +Bahorski, Laura,    13428 Yvonne Dr.,    Warren, MI 48088-4752
21379334     +Barnes, John,    22720 Tulane,    Farmington Hills, MI 48336-3659
21379336     +Belmont & Mapleview Apartments LLC,     PO Box 951,    Southfield, MI 48037-0951
21379340     +Bonrostro, Manuel,    2668 Rainbow,    Troy, MI 48083-5730
21379341     +Bounds, Nataki,    19505 Ilene,    Detroit, MI 48221-1447
21379342     +Brady, James,    437 Essex,    Clawson, MI 48017-1704
21379345     +Brooks, Naimah,    29251 Point O Woods,    Apartment 207,     Southfield, MI 48034-1250
21379347     +C C SYSTEMS, INC,    13135 66TH STREET N,    LARGO, FL 33773-1812
21379427     +CANDACE KING,    30804 Tamarack Ave.,    Apt 36103,    Wixom, MI 48393-2744
21379348     +CARL ZEISS VISION INC.,    12121 SCRIPPS SUMMIT DRIVE,     SUITE 400,    SAN DIEGO, CA 92131-4609
21379349     +CHARMANT GROUP INC, USA,    400 AMERICAN ROAD,    MORRIS PLAINS, NJ 07950-2461
21379350      CIBA VISION CORPORATION,    PNC BANK / LOCKBOX,     3714 SOLUTIONS CENTER,    CHICAGO, IL 60677-3007
21379351      CINTAS,   P O BOX 630910,    CINCINNATI, OH 45263-0910
21379352      CITY OF AUBURN HILLS,    1827 N. SQUIRREL ROAD,     AUBURN HILLS, MI 48326-2753
21379353     #CITY OF DEARBORN,    P. O. BOX 730,    DEARBORN, MI 48121-0730
21379354     +CITY OF EASTPOINTE,    23200 GRATIOT,    EASTPOINTE, MI 48021-1683
21379355     +CITY OF SOUTHGATE,    14400 DIX-TOLEDO,    SOUTHGATE, MI 48195-2598
21379356      CITY OF STERLING HTS - WATER,    PO BOX 55000,    STERLING HGTS, MI 48311-8009
21379358     +CLASSIC OPTICAL,    3710 BELMONT AVENUE,    YOUNGSTOWN, OH 44505-1406
21379359     +CLEARVISION,    425 RABRO DRIVE,    SUITE2,    HAUPPAUGE, NY 11788-4245
21379360     +CLINTON CHAPEL AME ZION CHURCH,    3401 23 RD,     DETROIT, MI 48208-2400
21379362     +COLORS IN OPTICS,    366 5TH AVENUE,    SUITE 1003,    NEW YORK, NY 10001-2211
21661057    ++COMCAST,    41112 CONCEPT DR,    PLYMOUTH MI 48170-4253
             (address filed with court: COMCAST,     41112 Concept Dr.,    Plymouth, MI,   48170)
21379363      COMCAST CABLEVISION OF DETROIT,    12775 LYNDON,     ACCT#06105 322135-1,    DETROIT, MI 48227-3982
21379366     +COMMUNITY CARING PROGRAM,    27800 GEORGE MERRELL DR.,     U A W REGION 1,    WARREN, MI 48092-2767
21379365     +COMMUNITY CARING PROGRAM,    27800 GEORGE MERRELLI DRIVE,     WARREN, MI 48092-2767
21379367     +COMPASS SELF STORAGE,    UNITS 4009-4012,    32968 GROESBECK HWY.,     FRASER, MI 48026-3154
21379369      CONCENTRA HEALTH CENTERS,    PO BOX 5106,    SOUTHFIELD, MI 48086-5106
21554676     +CONSUMERS ENERGY COMPANY,    Attn: Michael G. Wilson,     One Energy Plaza,    Jackson, MI 49201-2357
21379371      COOPERVISION INC,    P.O. BOX 145409,    CINCINNATI, OH 45250-5409
21674416     +CWA and Local 84932,    c/o John G. Adam,    Legghio & Israel, P.C.,     306 S. Washington, Suite 600,
               Royal Oak, MI 48067-3837
21560595     +Charter Township of Clinton,    c/o Timothy D. Tomlinson P48519,     42850 Garfield Rd., Ste. 101,
               Clinton Twp., MI 48038-5026
21687591     +Cintas #721,    13500 Ashurst,    Livonia, MI 48150-1319
21654326      City of Sterling Heights,    City of Sterling Heights, Treasurer,     40555 Utica Road,
               PO Box 8009,    Sterling Heights, MI 48311-8009
21379357     +Clark, Nioka,    10275 Balfour,    Detroit, MI 48224-1801
21407644     +Communication Workers of America,     AFL-CIO, Local 4100,    Greg Wynn, President,
               2441 W. Grand Blvd.,    Detroit, MI 48208-1259
21379364     +Communication Workers of America 4100,     c/o Stuart M Israel Esq,    Legghio & Israel PC,
               306 S Washington Ste. 600,    Royal Oak, MI 48067-3837
21379368     +Compulink,    2645 Townsgate Road,    Ste. 200,    Westlake Village, CA 91361-2722
21379372     +DAVIS VISION,    159 EXPRESS STREET,    P.O. BOX 9104,    PLAINVIEW, NY 11803-9004
21379373     +DELTA OPTICAL SUPPLY,    496 HARWOOD CT.,    OXFORD, MI 48371-4428
21379434     +DENISE MADEJ,    2959 Syckelmoore,    Trenton, MI 48183-3551
21379374     +DETROIT ASSOCIATION OF BLACK,    ORGANIZATIONS - D A B O,     12048 GRAND RIVER,
               DETROIT, MI 48204-1836
21379375     +DETROIT FEDERATION OF TEACHERS,    2875 W. GRAND BLVD.,     DETROIT, MI 48202-2627
21379376     +DIGITAL OFFICE SYSTEMS,    7610 MARKET DRIVE,    CANTON, MI 48187-2441
```

```
21379517     +DISHON WHITE,    16500 Bringard,     Detroit, MI 48205-1552
21379377     +DIVERSIFIED OPHTHALMICS, INC,    250 MC COLLOUGH ST,     ATTN: JANET,    CINCINNATI, OH 45226-2145
21379378     +DR. CHARLES BENJAMIN,    4062 Overlea Lane,     Bloomfield Hills, MI 48302-4033
21379379     +DR. WILLIAM GOLDSTEIN, M.D.,    47670 VAN DYKE,     SHELBY TOWNSHIP, MI 48317-3302
21379383     +DYNAMIC LABORATORIES, INC.,     30 HAYNES COURT,     RONKONKOMA, NY 11779-7220
21620343     +Detroit Water & Sewerage Department,     c/o Law Department,     660 Woodward Ave., Ste. 1800,
               Detroit, MI 48226-3587
21379380     +Drennan, Steve,    30140 Morlock St.,     Livonia, MI 48152-1866
21379381     +Driscoll, Jaimin,    18023 Ash,     Eastpointe, MI 48021-2721
21379384      EASTERN STATES EYEWEAR,    33 HEMPSTEAD TURNPIKE,     ELMONT, NY 11003-1591
21379385     +EASTMAN FIRE PROTECTION, INC.,    1450 SOUTER,     TROY, MI 48083-2824
21379388     +EYE CENTER OF SOUTHFIELD,    29255 NORTHWESTERN HWY,     SUITE 302,    SOUTHFIELD, MI 48034-5742
21379389     +EYE Q EYEWEAR,    7 OCTOBER HILL ROAD,     HOLLISTON, MA 01746-1308
21379386     +Edwards, Benjamin,    30725 Woodgate Dr.,     Southfield, MI 48076-5388
21379390     #+FALCON ATHLETIC CLUB,    31740 GLENCORE DR.,     SCOTT MORLEY,    BEVERLY HILLS, MI 48025-5620
21379392      FISH WINDOW CLEANING UTICA,    P O BOX 180073,     UTICA OFFICE,    UTICA, MI 48318-0073
21379393      FISH WINDOW CLEANING W. BLOOM,    P O BOX 251302,     WEST BLOOMFIELD OFFICE,
               WEST BLOOMFIELD, MI 48325-1302
21379394     +FISH WINDOW CLEANING EASTPTE,    25801 HARPER AVENUE STE 7,     EASTPOINTE OFFICE,
               ST. CLAIR SHORES, MI 48081-2233
21379395      FORSTER LAIDLAW FLORIST,    35028 WOODWARD AVENUE,     BIRMINGHAM, MI 48009-0932
21379396     +FRED BARTON COMPANY,    565 EAST MILWAUKEE,     DETROIT, MI 48202-3237
21379391     +Fifth Third Bank,    1000 Town Center,     Southfield, MI 48075-1183
21379397     +G E CAPITAL CORP.,    10 RIVERVIEW DRIVE,     ATTN: JASON ROSENSTEEL,    DANBURY, CT 06810-6268
21379398      GE Vendor Financial Services,     PO Box 642555,     Pittsburgh, PA 15264-2555
21379361      GERBER COBURN,    PO BOX 842839,     BOSTON, MA 02284-2839
21379400     +GREAT LAKES COATING LAB,    1784 LARCHWOOD DRIVE,     TROY, MI 48083-2223
21379399     +Gillian, Grace,    4830 Van Dyke,     Detroit, MI 48214-1144
21379401     +HAGOPIAN FIRE & FLOOD SERVICES,     14050 WEST EIGHT MILE RD.,     OAK PARK, MI 48237-3044
21379404     +HARMON,    7844 W. CENTRAL AVE.,     TOLEDO, OH 43617-1530
21379408     +HEALTH APPLICATIONS NETWORK,    13700 WATERTOWER CIRCLE,     PLYMOUTH, MN 55441-3730
21379414     +HUDSON OPTICAL,    18 TV-5 DRIVE,     HENDERSON, NV 89014-2054
21379415     +HUNGERFORD & CO.,    13305 REECK ROAD,     SOUTHGATE, MI 48195-3197
21379416     +HUNTER’S SQUARE,    31500 NORTHWESTERN HWY.,     SUITE 300,    FARMINGTON HILLS, MI 48334-2501
21379402     +Hanna Fay,    3326 S. Annabelle,     Detroit, MI 48217-1106
21379406     +Hatter, Angela,    593 Raskob,     Pontiac, MI 48340-3038
21379407     +Hawk, Mervin,    23172 Gladhill Lane,     St. Clair Shores, MI 48080-2521
21379409     +Hickling, Victoria,    15593 Joan,     Southgate, MI 48195-2903
21379410     +Holliday, Judith,    42433 Clinton Pl.,     Clinton Twp., MI 48038-1630
21379411     +Hooper, Courtney,    20210 Pinehurst,     Detroit, MI 48221-1085
21379412     +Hoover, Deborah,    5928 Robindale,     Dearborn Hts., MI 48127-3144
21379413     +Horne-Nixon, Carolyn,    23420 Wildwood,     Oak Park, MI 48237-2425
21379417     +Hutchinson, Kimberly,    53067 Pine creek Dr.,     Chesterfield, MI 48047-5963
21379418     +I-DEALOPTICS,    840 E. LEWISTON,     FERNDALE, MI 48220-1416
21379419     +INLAND DIAMOND PRODUCTS CO.,    32051 HOWARD AVENUE,     MADISON HEIGHTS, MI 48071-1473
21379420      INSIGHT EQUITY A..P.X. LP dba,     VISION-EASE LENS - NW 6083,     PO BOX 1450,
               MINNEAPOLIS, MN 55485-6083
21379421     +James, Valerie,    22001 Sussex,     Oak Park, MI 48237-3512
21379422     +Jones, Christell,    453 Bartlett,     Pontiac, MI 48341-2101
21379424     +K & K LAWN & SHRUB SERVICES,    20026 EAST EIGHT MILE RD.,     HARPER WOODS, MI 48225-1101
21379425     +KASPEREK OPTICAL, INC,    15597 OAKWOOD DRIVE,     ROMULUS, MI 48174-3656
21379484     +KATHERINE ROGERS,    3353 Clements,     Detroit, MI 48238-2782
21379426     +KBCO ACCOUNTS RECEIVABLE,    P.O. BOX 4907,     ENGLEWOOD, CO 80155-4907
21379430     +KUSHNER & COMPANY, INC.,    2427 W. CENTER AVE.,     PORTAGE, MI 49024-4823
21440733     +Kilpatrick and Associates, PC,     On Behalf of Wayne County Treasurer,
               903 N. Opdyke Road, Suite C,    Auburn Hills, MI 48326-2693
21379428     +King, Candace,    30804 Tamarack Dr.,     Apartment 36102,    Wixom, MI 48393-2744
21379429     +King, Ethelle,    17387 Gateway Circle,     Southfield, MI 48075-4704
21379431     +Kyocera/Wells Fargo Financial,     MAC F4031 050,     800 Walnut Street,    Des Moines, IA 50309-3605
21379432     +LaBuda-Babiasz, Paula,    2405 Casmere,     Hamtramck, MI 48212-2948
21379433     +M & H INSURANCE AGENCY, INC.,    28 WEST ADAMS,     SUITE 300,    DETROIT, MI 48226-1613
21379436     +MADISON PLACE LLC C/O STUART,    FRANKEL DEVELOPMENT CO.,     1334 MAPLELAWN DR,
               TROY, MI 48084-5341
21379437      MAILFINANCE,    25881 NETWORK PLACE,     CHICAGO, IL 60673-1258
21379438      MARCHON EYEWEAR, INC,    88216 EXPEDITE WAY,     CHICAGO, IL 60695-0001
21379439     +MC KENNA HEATING & COOLING,    6417 CENTER DRIVE,     STERLING HEIGHTS, MI 48312-2600
21379442     +MICH AFSCME COUNCIL 25,    600 W. LAFAYETTE,     SUITE 500 ATTN: BETTY SMITH,
               DETROIT, MI 48226-3190
21379444     +MIDDLEBELT PLAZA II LIMITED,    PARTNERSHIP,    3773 E. ELLSWORTH ROAD,    ANN ARBOR, MI 48108-5018
21379446     +MODERN MIRROR,    20809 KRAFT BLVD.,     ROSEVILLE, MI 48066-2296
21379447     +MODERN OPTICAL,    585 CONGRESS CIRCLE NORTH,     PO BOX 72360,    ROSELLE, IL 60172-0360
21379448     +MOORE JANITORIAL SUPPLY,    1930 STEPHENS,     WARREN, MI 48091-1659
21379435     +Madison Place LLC,    1334 Maplelawn,     Troy, MI 48084-5341
21424947     +Marchon Eyewear Inc.,    201 Old Country Road,     Melville, NY 11747-2731
21379440     +McGee, Barbara,    18461 Ferguson,     Detroit, MI 48235-3012
21379441     +Mcghee, Juanita,    3167 S. Waring,     Detroit, MI 48217-1042
21379445     +Middlebelt Plaza II Limited,    3773 E. Ellsworth Road,     Ann Arbor, MI 48108-5018
21379450      N C O PARKING ACQUISITIONS LLC,     DEPT. CH 17673,     PALATINE, IL 60055-7673
21379451      NANO FILM LTD,    PO BOX 715410,     COLUMBUS, OH 43271-5410
21379452      NATIONAL COOPERATIVE BUS ASSOC,    1401 NEW YORK AVE NW, STE 1100,    WASHINGTON, DC 20005-2160
```

```
21379453     NCO ACQUISITION LLC,   C/O THE FARBMAN GROUP,   DEPT. CH 17673,   PALATINE, IL 60055-7673
21686317    +National Integrated Group Pension Plan,   C/O  I. Mark Steckloff,   Legghio & Israel, P.C.,
              306 South Washington, Suite 600,   Royal Oak, MI 48067-3837,   steckloff@legghioisrael.com
21379455    +Nesbit, Eleanor,   34127 Garfield Cir.,   Fraser, MI 48026-1889
21379456     OCCUPATIONAL HEALTH CENTERS,   P O BOX 5106,   SOUTHFIELD, MI 48086-5106
21379457    +OKEEFE & ASSOCIATES,   2 LONE PINE,   BLOOMFIELD HILLS, MI 48304-3535
21379458    +OLD NEWSBOYS GOODFELLOWS FUND,   GOODFELLOW TRIBUTE BREAKFAST,   P.O. BOX 44444,
              DETROIT, MI 48244-0444
21379459     ON GUARD  / C/O HILCO,   PO BOX 643792,   PITTSBURGH, PA 15264-3792
21379460     OPTICAL WORKS CORP,   7259 WEST BORDER,   PO BOX 1686,   MUSKOGEE, OK 74402-1686
21434841    +Optical Works Corporation,   PO Box 1686,   Muskogee OK 74402-1686
21379463    +PANORAMIC LANDSCAPING,   40575 GRAND RIVER,   NOVI, MI 48375-2809
21379465    +PAYNE-PULLIAM DOOR OPENERS,   SCHOOL OF TRADE & COMMERCE,   2345 CASS AVE.,
              DETROIT, MI 48201-3305
21379467    +PLUNKETT COONEY,   38505 WOODWARD,   STE 2000,   BLOOMFIELD HILLS, MI 48304-5096
21379469     POSTMASTER,   MT. ELLIOTT STATION,   5511 E. 7 MILE RD.,   DETROIT, MI 48234-9998
21379470     PRAXAIR DISTRIBUTION INC.,   DEPT CH 10660,   PALATINE, IL 60055-0660
21379471    +PREMIER VISION,   1840 NORTH COMMERCE PKWY,   SUITE 2,   WESTON, FL 33326-3222
21379472     PRINCIPAL LIFE INSURANCE CO.,   PO BOX 9394,   DES MOINES, IA 50306-9394
21379473    +PRO-MED DELIVERY SERVICE,   51305 CELESTE,   SHELBY TWP., MI 48315-2943
21379474    +PROFESSIONAL FAMILY EYECARE,   28825 RYAN ROAD,   WARREN, MI 48092-4128
21379462    +Page, Joan,   6423 Grandmont,   Detroit, MI 48228-4722
21379464     Paul Fried Esq.,   PO Box 993,   Novi, MI 48376-0993
21379466    +Phillips, Donna,   42714 Castle Dr.,   Canton, MI 48188-1121
21379468    +Pollock, Kenneth,   21393 Parkside,   Ferndale, MI 48220-2224
21379475    +REM OPTICAL CO., INC,   10941 LA TUNA CANYON RD,   SUN VALLEY, CA 91352-2012
21379477     RGPLP - CLINTON VALLEY MALL,   PO BOX 350018,   BOSTON, MA 02241-0518
21379476     RGPLP - Clinton Pointe,   PO Box 350018,   Boston, MA 02241-0518
21379478     RGPLP- CLINTON VALLEY STRIP,   P O BOX 350018,   BOSTON, MA 02241-0518
21379387     RITA EMERSON,   2345 Oxford Apart 708,   Berkely, MI 48072
21379480     RLV HUNTER'S SQUARE LP,   DEPARTMENT# 152001,   P O BOX 67000,   DETROIT, MI 48267-1520
21379481     RLV Hunter's Square LP,   Dept # 152001,   PO Box 67000,   Detroit, MI 48267-1520
21379483    +ROCHESTER EYE CENTER 6618,   CRITTEN MEDICAL BULIDING,   1135 W. UNIVERSITY DR, STE 346,
              ROCHESTER, MI 48307-1894
21379485    +ROSE MOVING & STORAGE,   41775 ECORSE ROAD #190,   BELLEVILLE, MI 48111-5196
21379482    +Robbins, Theresa,   22482 Monteray,   Woodhaven, MI 48183-2240
21379486    +SAFILO USA/OPTIQUE DU MONDE,   801 JEFFERSON ROAD,   PARSIPPANY, NJ 07054-3710
21379515    +SANDRA WEYER,   50053 WESTCLIFFE  SITE 204A,   SHELBY TWP, MI 48315-3268
21446583    +SKO Brenner American Inc.,   Re: Eastern States Eyewear,   PO Box 9320,   Baldwin, NY 11510-9320
21379491     SODERBERG, INC,   SDS 12-1084,   PO BOX 86,   MINNEAPOLIS, MN 55486-1084
21379492    +SPERIAN PROTECTION OPTICAL,   P.O. BOX 3916,   BOSTON, MA 02241-3916
21379343    +STEPHEN BREINAGER,   19320 AFTON,   DETROIT, MI 48203-1497
21379493    +STERLING HEIGHTS REGIONAL,   CHAMBER,   12900 HALL RD,   STERLING HEIGHTS, MI 48313-1148
21464937    +Shannon L. Deeby,   c/o Clark Hill PLC,   151 South Woodward Avenue,   Suite 200,
              Birmingham, MI 48009-6103
21379488    +Smalley, Karl,   5232 Curtis,   Dearborn, MI 48126-2843
21379489    +Smith, Annette,   19781 Devonshire Ln,   Macomb, MI 48044-5769
21379490    +Sobel, Robert,   24510 Radclift,   Oak Park, MI 48237-1500
21379494    +Subastian, Carl,   20618 Indiana,   Trenton, MI 48183-5020
21379497    +TAYLOR OPTICAL SUPPLIES, INC,   28 WEST ADAMS,   SUITE 1005,   DETROIT, MI 48226-1658
21379498    #TERMINIX INTERNATIONAL,   24050 VANCE AVE.,   HAZEL PARK, MI 48030-1212
21379499     THE BURLINGTON TRUST,   NW 6159,   PO BOX 1450,   MINNEAPOLIS, MN 55485-6159
21379502    +TREASURER, CITY OF DETROIT,   BLDG. AND SAFETY ENGINEERING,   402 COLEMAN A. YOUNG CENTER,
              DETROIT, MI 48226-3473
21379503     TREASURER, CITY OF DETROIT,   DEPARTMENT 268301 - PROP.TAX,   PO BOX 55000,
              DETROIT, MI 48255-2683
21379504    +TRINGALI SANITATION, INC,   33373 DEQUINDRE,   TROY, MI 48083-4602
21379505    +TYLER'S QUARTERLY PUBLICATION,   P.O. BOX 250406,   LITTLE ROCK, AR 72225-0406
21379495    +Tanghe, Charles,   22205 Gordon,   St. Clair Shores, MI 48081-1675
21379496    +Tatge, Linda,   46050 Sugarbush,   Chesterfield, MI 48047-5230
21446404     Terry Meyers,   PO Box 15965,   Lenexa, KS 66285-5965
21379423    +Tracie Jordan Jewell,   305 Fisher,   Pontiac, MI 48341-2419
21379506     U. S. SAFETY,   P.O. BOX 83018,   CHICAGO, IL 60691-3010
21621321    +U.S. Department of Labor on Behalf of the,   Cooperative Optical Services, Inc. 401(k,
              Attn: L. Joe Rivers,U.S. Department of L,   1885 Dixie Highway, Suite 2010,
              Ft. Wright, KY 41011-2662
21379507     ULTRA OPTICS,   SDS 12-1084,   PO BOX 86,   MINNEAPOLIS, MN 55486-1084
21379508    +UNITED PARCEL SERVICE,   LOCKBOX 577,   CAROL STREAM, IL 60132-0577
21379509    +UNIVERSITY SPORTS PUBLICATION,   3588 PLYMOUTH RD,   DEPT 51,   ANN ARBOR, MI 48105-2603
21455272   +++United of Omaha Life Ins. Co.,   Mutual of Omaha Plaza,   3-Law Operation,   Omaha, NE 68175-0001
21379510     VENTURE TAPE CORPORATION,   PO BOX 844133,   DALLAS, TX 75284-4133
21379511    +VIGILANTE SECURITY ALARM,   2681 INDUSTRIAL ROW DR.,   TROY, MI 48084-7038
21379512    #+WARREN CONNER DEVELOPMENT,   11148 HARPER AVENUE,   DETROIT, MI 48213-3364
21426471    +WAYNE COUNTY TREASURER,   400 MONROE, STE 520,   DETROIT, MICHIGAN 48226-2942
21379514     WELLS FARGO FINANCIAL LEASING,   P O BOX 6434,   CAROL STREAM, IL 60197-6434
21379519    +WILLIAMS, WILLIAMS, RATTNER,   & PLUNKETT    SUITE# 300,   380 NORTH OLD WOODWARD AVE.,
              BIRMINGHAM, MI 48009-5322
21379513    +Watkins, Pamela,   20195 Pinehurst,   Detroit, MI 48221-1059
21379516    +Weyer, Sandra,   50053 Westcliffe Ct.,   #204,   Shelby Twp., MI 48315-3268
21379518    +Williams, Laquda,   14993 Archdale,   Detroit, MI 48227-1445
```

```
21379520     +Winiarski, Thaddeus,    1088 Bloomview Circle,    Rochester, MI 48307-1728
21379521      YOUNGER OPTICS,    2925 CALIFORNIA STREET,    TORRANCE, CA 90503-3914
21379522     +ZIMCO OPTICS, INC,    3060 AVENUE U,    BROOKLYN, NY 11229-5123
21379523     +ZYLOWARE CORPORATION,    8  SLATER STREET,    PORT CHESTER, NY 10573-4984
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21379328      EDI: ATTWIREBK.COM Dec 20 2012 22:33:00      AT &T,    P.O. BOX 8100,    AURORA, IL 60507-8100
21379329      EDI: ATTWIREBK.COM Dec 20 2012 22:33:00      AT&T   YELLOW PAGES,     P.O. BOX 8112,
               AURORA, IL 60507-8112
21379339     +E-mail/Text: codbankruptcynotices@detroitmi.gov Dec 20 2012 22:54:54
               BOARD OF WATER COMMISSIONERS,    P. O. BOX 32711,    DETROIT, MI 48232-0711
21421585      E-mail/Text: codbankruptcynotices@detroitmi.gov Dec 20 2012 22:54:54     CITY OF DETROIT,
               PROPERTY TAXES,    PO BOX 33523,    DETROIT, MI  48232-5523
21379370      E-mail/Text: bankruptcy_notices@cmsenergy.com Dec 20 2012 22:58:01      CONSUMERS ENERGY,
               LANSING, MI 48937-0001
21379382      EDI: DTEE.COM Dec 20 2012 22:33:00      DTE ENERGY,    P O BOX 740786,    CINCINNATI, OH 45274-0786
21469951     +E-mail/Text: BKRMailOps@weltman.com Dec 20 2012 22:57:42      Farbman Management Group,
               c/o Weltman, Weinberg & Reis,    323 W. Lakeside Ave. ste 200,     Cleveland, Oh 44113-1009
21379405     +E-mail/Text: bankruptcies@armscoinc.com Dec 20 2012 23:16:58      HASLER,   478 WHEELERS FARM ROAD,
               MILFORD, CT 06461-9105
21379449      E-mail/Text: bankruptcy.notice@mutualofomaha.com Dec 20 2012 23:18:10
               MUTUAL OF OMAHA INSURANCE CO,    PAYMENT PROCESSING CENTER,    PO BOX 2147,    OMAHA, NE 68103-2147
21587441     +E-mail/Text: rayr1@michigan.gov Dec 20 2012 23:17:54      Michigan Department of Treasury,
               Bankruptcy Unit,    PO Box 30168,    Lansing, MI 48909-7668,    Phone - 517-241-5002
21379461      E-mail/Text: bankruptcy@paetec.com Dec 20 2012 22:54:48      PAETEC,   PO BOX 3243,
               MILWAUKEE, WI 53201-3243
21379487      E-mail/Text: wbrickey@salemdist.com Dec 20 2012 22:56:53      SALEM DISTRIBUTING COMPANY,
               P.O. BOX  536731,    ATLANTA, GA 30353-6731
21405868     +EDI: WFFC.COM Dec 20 2012 22:33:00      Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,
               MAC F4031-050,    Des Moines, IA 50309-3605
                                                                                                TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21587442*    +Michigan Department of Treasury,    Bankruptcy Unit,    PO Box 30168,    Lansing, MI 48909-7668,
               Phone - 517-241-5002
21379454*     NCO Acquisition, LLC,     c/o The Farbman Group,    Dept. CH 17673,    Palatine, IL 60055-7673
21379479*     RGPLP-CLINTON POINTE,    P.O. BOX 350018,    BOSTON, MA 02241-0518
21379500*     The Burlington Trust,    NW 6159,    PO Box 1450,    Minneapolis, MN 55485-6159
21379403    ##+HANTZ BENEFIT SERVICES, LLC.,    24901 NORTHWESTERN HWY.,    SUITE 710,    SOUTHFIELD, MI 48075-2201
21379443    ##+MICHIGAN HISPANIC CHAMBER OF,    COMMERCE  SUITE 206,    24445 NORTHWESTERN HWY.,
               SOUTHFIELD, MI 48075-2437
21379501    ##+THE TIMBERLAND GROUP,    JOSEPH A. KING,    6900 EAST 10  MILE ROAD,    CENTERLINE, MI 48015-1168
                                                                                    TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**            **Signature:**    *Joseph Speetjens*

```
District/off: 0645-2           User: dcunn                   Page 6 of 6                  Date Rcvd: Dec 20, 2012
                               Form ID: ntcdsm               Total Noticed: 226
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2012 at the address(es) listed below:

      David A. Lerner   on behalf of Creditor   Plunkett Cooney   dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

      David M. Blau   on behalf of Creditor   RLV Hunter's Square, L.P.   dblau@clarkhill.com

      Geoffrey T. Pavlic   on behalf of Debtor In Possession   Cooperative Optical Services, Inc.   pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Heather L. Donald   on behalf of Creditor   State of Michigan Department of Treasury   donaldh@michigan.gov

      John G. Adam   on behalf of Creditor   Communications Workers of America, AFL-CIO, CLC   jga@martensice.com, Popchock@martensice.com

      Keith Flynn   on behalf of Creditor   AFSCME Council 25 and Local 1640   kflynn@millercohen.com, flynnkei@msu.edu

      Mark H. Shapiro   on behalf of Debtor In Possession   Cooperative Optical Services, Inc.   shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark H. Shapiro   shapiro@steinbergshapiro.com, harmon@steinbergshapiro.com;mhs@trustesolutions.com;MHS@trustesolutions.net;mi29@ecfcbis.com

      Mary Beth Cobbs   on behalf of Creditor   City of Detroit, Treasurer   cobbm@detroitmi.gov, mbcobbs@flash.net

      Melissa C. Brown   on behalf of Interested Party   Davis Vision, Inc.   mbrown@dykema.com, bkloska@dykema.com;docket@dykema.com

      Richardo I. Kilpatrick   on behalf of Creditor   Wayne County Treasurer   lrobertson@kaalaw.com, ecf@kaalaw.com

      Robert A. Weisberg   on behalf of Interested Party   RE-HH Lending, Inc.   BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

      Shannon L. Deeby   on behalf of Creditor   RLV Hunter's Square, L.P.   sdeeby@clarkhill.com

      Sheryl L. Toby   on behalf of Interested Party   Davis Vision, Inc.   stoby@dykema.com, dguerrero@dykema.com;bwalters@dykema.com

      Zachary James Eskau   on behalf of Creditor   Fifth Third Bank   zeskau@dmms.com

                                                                                                                                                               TOTAL: 15